FILED
JUN 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT OF COLUMBIA DISTRICT COURT

| | |
|---|---|
| Debra L. Smith<br>PO Box 11655<br>Overland Park, KS 66207<br>913-226-2961        Plaintiff, | )<br>)<br>CASE NUMBER   1:06CV01117<br>JUDGE: Richard W. Roberts<br>DECK TYPE: TRO/Preliminary Injunction<br>DATE STAMP: 06/19/2006<br>) |
| v. | ) |
| Secretary of the Army<br>Francis J. Harvey<br>The Pentagon<br>Washington, DC 20318 | )<br>)<br>)<br>) |
| Defendant. | ) |

*granted time at this to further subject of the Court order of the C.J.*
*1 to [illegible] 6/19/06*

### MOTION

### Request to conceal residence address

Filed as a separate document but concurrently with the Complaint.

### Jurisdiction

1. This Court has jurisdiction under 28 U.S.C. § 1331 Federal Question and the Administrative Procedure Act, 5 U.S.C. § 702 et. seq.

### Parties

2. I am the Plaintiff, Debra L. Smith. I am filing pro se and am a citizen of the United States who resides at the address stated in the caption. I am a United States Army Reservist and a graduate of the United States Military Academy at West Point.

1

3. Defendant is the Secretary of the United States Army.

### Request to Conceal Address

Dear Honorable Judge,

I request the permission to conceal my address, except for on this motion, on all documents filed with this case. Reasons are this:

1- I had a Top Secret clearance with Gamma, HCS, SI, TK and SCI caveats. While I do not think I am of serious concern to any enemy, it has always been recommended to us to keep the fact that we have a Top Secret clearance fairly quiet. Because of the ease of using search tools, I think that it might be a lot easier for people to 'connect the dots' if my address were public.

2 – I previously had problems with a stalking and harassing neighbor while I was in Florida. After I told him to stop stalking me, he lied to police, I had 3 tires punctured in a month, and I found dead, smashed birds outside in my driveway. I would prefer, especially as a single woman, to have my address as confidential as can be.

I respectfully ask for your consideration of the above.

Sincerely,

*[signature]*

Debra L. Smith
Major, US Army Reserves, Individual Ready Reserves
PO Box 11655
Overland Park, KS 66207
913-226-2961