IN THE UNITED STATES DISTRICT OF COLUMBIA DISTRICT COURT

FILED
JUN 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| Debra L. Smith<br>PO Box 11655<br>Overland Park, KS 66207<br>913-226-2961 | )<br>)<br>)<br>)<br>) | |
| Plaintiff, | ) | |
| v. | | CASE NUMBER 1:06CV01117<br>JUDGE: Richard W. Roberts<br>DECK TYPE: TRO/Preliminary Injunction<br>DATE STAMP: 06/19/2006 |
| Secretary of the Army<br>Francis J. Harvey<br>The Pentagon<br>Washington, DC 20318 | | |
| Defendant. | )<br>) | |

## COMPLAINT

### Jurisdiction

1. This Court has jurisdiction under 28 U.S.C. § 1331 Federal Question and the Administrative Procedure Act, 5 U.S.C. § 702 et. seq.

### Parties

2. I am the Plaintiff, Debra L. Smith. I am filing pro se and am a citizen of the United States who resides at the address stated in the caption. I am a United States Army Reservist and a graduate of the United States Military Academy at West Point.

3. Defendant is Francis J. Harvey, the Secretary of the United States Army.

## Laws and statutes violated that have prompted this civil suit

- My US Constitutional 5th Amendment rights have been violated. I am being denied liberties without due process. There are currently on-going procedures, as even Lieutenant General Stultz, Chief Army Reserves and the Army's The Judge Advocate General (TJAG) have said to me in email, in regard to Article 138 complaints, security clearance and access issues, reprimand appeals, etc. See Exhibit A. Yet there has been no move by these same people to stop the board or lift the flag while these procedures are on-going. So, I have to be patient with them, per their email, but they seemingly do not have to be patient with me.

- The Administrative Procedures Act has been violated. I am aware that the Administrative Procedures Act says that I have to exhaust my remedies given to me by the government or Army. However, I am also aware that I should be allowed to use these remedies in seeking redress. This 'allowance' is not being afforded me. Last, I also know that I do not have to be forced to exhaust my administrative remedies when to do so would prove futile. Hence, the reason I am filing the law suit.

- In the Supreme Court case of *Goss v. Lopez*, the following is stated by the opinion of the court, "Among other things, the State is constrained to recognize a student's legitimate entitlement to a public education as a property interest which is protected by the Due Process Clause and which *may not be taken away for misconduct* without adherence to the minimum procedures required

by that Clause. The Due Process Clause also forbids arbitrary deprivations of liberty. 'Where a person's good name, reputation, honor, or integrity is at stake because of what the government is doing to him,' the minimal requirements of the Clause must be satisfied." While I understand that the above was a 14th amendment rights case, I have read opinions from this Honorable Court which states or implies that the Due Process Clause from the 14th amendment also can be applied to the 5th amendment. I think the same tactic of trying to separate me based on untrue statements of 'misconduct' is similar to the concept found in *Goss v. Lopez*

Facts

This is the second time this has happened.

Familiar scenario is this: I receive a negative, and unwarranted, action against me and Colonel Debra Cook, Human Resources Command – St. Louis (HRC-SL), immediately starts action to separate me from the Reserves. See Exhibit B for notice of a board. [The 'court' recorder for this separation board says I've waived my rights when, in fact, I haven't.] Colonel Cook always initiates this action before I can exhaust my administrative remedies. She always does it in spite of the fact that I have an excellent record, a West Point education, and only honorable discharges. She, arguably, always maliciously intends to, and does, cause irreparable damage to my career and reputation. I'm tired of it and thus, for my sake and for the sake of all the other hard-working Reservists, I earnestly beseech the Honorable Judge to grant me relief and uphold my 5th amendment and A.P.A. right to due process. Even though she is no longer there, I would suspect that the people left behind are well trained in these unlawful tactics.

## Processes on-going

The following processes are remedies that either I've started or that have been started for me and are currently on-going.

- The Army Board for the Correction of Military Records (ABCMR) is re-considering my request for relief based upon new evidence of reprisal and retaliation in regard to an April 2003 Officer Evaluation Report (OER) I received. I've been told over the phone that a team is looking at the case. See Exhibit C for documents in regard to this OER, which the Inspector Generals (IGs) at all levels ignored. This document clearly indicates that members of HRC-SL were involved in conspiring to reprise against me. [Yet I was given no Whistleblower Protection, even though I asked, and after 3 ½ years, the IGs decided I didn't have a case.]

- The Army's Central Clearance Facility (CCF) is still looking at a referral from a commander who improperly pulled my security access. This same commander, Major General Brian Geehan, reprimanded me for removing myself from a Marine Lieutenant Colonel who assaulted me. Major General Geehan ignored divestiture and subornation in his reprimand, even though I asked him to consider it. Official documents show and other participants said that he was the one who ordered the 'bullying session' which turned into the assault on me.

- The Army's The Judge Advocate General (TJAG) office is still reviewing Article 138 complaints I filed in regard to COL Cook and the separation procedures and

4

    Major General Geehan's improper actions against me, to include suspension of my security access. See Exhibit D.

- I have yet to file an appeal to remove the reprimand Major General Geehan instituted against me. I plan on doing that, and I have a right to do that by Army regulations.

## My attempts at redress of this wrong

Yet, even though I've asked that my flag be lifted and the separation procedures be stopped, because there are other processes on-going, the following people have said that they wouldn't order the process to stop or that they wouldn't talk to me: Lieutenant General Stultz, Chief Army Reserves; Major General Hernandez, Commander, Human Resources Command; Major General Castro, General Courts Martial Convening Authority for COL Debra Cook; Colonel Robert Marsh, new commander, Human Resources Command, St. Louis.  See Exhibit E.  Not only wouldn't they talk to me but they have not taken any action, of which I'm aware, to reprimand or charge COL Cook for her crimes of making false official statements and treating subordinates with cruelty and maltreatment.  They have chosen to continue to let this partial commander's statement and action to separate me continue, even though the Department of the Army IG and now retired Major General Anderson, former commander of Human Resources Command, found Colonel Cook guilty of improperly admonishing me. She was obviously not impartial.  See Exhibit C and Exhibit F, Enclosure 5 from the Article 138, which details this.

Due Process

The Army and Armed Forces can 'fatigue me into compliance,' to use phrase from the Declaration of Independence, by having me exhaust ridiculously bureaucratic remedies. They can force me to go through years and even decades 'exhausting my administrative remedies' as I still am trying to do with a simple prima facie case in a 1996 OER. They spend 3 ½ years doing an IG investigation that, in my understanding, the law only gives them 180 days to do. In that same investigation, the IG can ignore evidence showing reprisal. **Yet, when I ask for due process, which might work to exonerate me, I am utterly denied.** *Dear Sir or Ma'am, if I have to exhaust my administrative remedies, then I should get to, or be allowed to exhaust my administrative remedies.*

Antecdotal, but important, facts

During my service in the last two years, mobilized to serve at United States Central Command Headquarters, I have been on the receiving end of phone calls, even at 3:00 am in the morning to help people answer questions for General Abizaid, which were detainee related. In fact, on a Saturday afternoon, two days before the Iraqi Interim government took over in June 2004, I received a phone call from a general officer, Brigadier General Trautman, US Marine Corps. He said that "POTUS [President of the United States] is pushing OSD [Secretary of Defense] to move HVD #1 [High Value Detainee #1…a.k.a. Sadaam Hussein] from legal to physical custody today." Thus, I received the order to ensure the right people made this happen. For my labors, my two good evaluations, and an honorable discharge, I returned from mobilization to receive a slanderously untrue false official statement, which was an elimination letter, by a commander [COL Debra

Cook] whom I've never met or spoken to, saying that she is going to send me to a board to remove me from the Reserves.

Above all, I am driven to file this law suit because of my absolute conviction that many other soldiers, who are faithfully answering the call to serve this country in its prosecution of the 'War on Terror,' are also victims of this vendetta-driven commander and headquarters called Human Resources Command – St. Louis (HRC-SL). This headquarters oversees assignments, schooling, and 'career management' for reservists.

Since I entered West Point 19 years ago in 1987, the military has spent hundreds of thousands, if not millions of dollars, to train me. Yet, they have allowed a Reserve military commander, who is obviously not disinterested, make false official statements, slander me and send me to a separation board, even though it has been found that she has improperly admonished me before. As one example of this bias, I show that **during the same time period in which I received 'top-block' and other very good evaluations from general officers, COL Cook unbelievably characterized that same time period of performance as 'misconduct.'**

The tax payer pays far too much to train troops, of which I am one, to allow unscrupulous and vendetta-seeking commanders to harass and remove them from the Armed Services or Reserves without due process, our US Constitutional 5th amendment right.

<u>Relief Sought and Prayer</u>

7

- I request that the negative 'flag' be immediately lifted and that the corresponding separation or elimination board proceedings be stopped. I am still exhausting my administrative remedies on many fronts. Please see proposed 'order' in my motion for a preliminary injunction. To help and reiterate:
    - The 'flag' can be seen in Enclosure 4 to the Article 138.
    - The elimination letter can be seen in Enclosure 6 to the Article 138.
    - The Army Reserves' notice to me that I have a board is seen in Exhibit A. Again, I did not 'waive' my right to appear as they wantonly assert.
    - Major General Hernandez's refusal to stop proceedings is seen in Exhibit E.
    - Major General Castro's refusal to stop proceedings is seen in Exhibit E.
- I ask that the honorable judge declare that all Army separation procedures should allow the service member due process and a chance to exhaust their administrative remedies before action is taken on them. That is not the case now as any commander can interpret a single phone call as 'misconduct' and stigmatize the soldier by flagging their file and putting them through months of mental torture until they might grovel sufficiently to be allowed to stay in the Army Reserves. I request the order read like this: *"Except for 'passover' for promotion or courts martial, none of the Armed Services will start a separation board on a soldier, sailor, airperson or Marine while they are still exhausting their administrative remedies. The Armed Services will amend their separation procedures accordingly. The Armed Services shall also ensure that the redress system, to include a determination by the services' Board for Correction of*

8

*Military Records, shall take no longer than 1.5 years. The redress system time period starts on the date the first appeal is filed and will finish in 1.5 years, marked by a completed inquiry, if necessary, and a ruling by the Services' corresponding BCMR."*

- In regard to page 4, the second point under 'process on-going,' I request that the judge give an order to the Army Element at United States Central Command to preserve my classified documents and email, to allow me one-time access as Army regulation allows, and to immediately adjudicate my security clearance 'case.' I need the email and files to defend myself in the on-going matters. I have asked many times over the last eight months, via formal request and via email, to have it preserved indefinitely and yet neither I, nor my congressman's office, have received any assurances that this will happen. Currently, my email is scheduled to be deleted at the 180 day point, on 1 July 2006, at US Central Command, per a verbal agreement with a lieutenant colonel that he would not immediately destroy my files. He would not put this agreement in writing, however, as I requested. As a bit of further explanation, because of blatant violation of regulations by commanders and corresponding backlog at the CCF, I am concerned that my security access adjudication will be stalled. Even an employee at the CCF has said that I would be amazed at the ridiculous packets they receive to adjudicate, as he has even seen a second lieutenant's clearance held because his boss thought he didn't put the phone down quickly enough. Clearly, a lieutenant not putting the phone down quickly enough does not mean he is a threat to our government, but unscrupulous commanders use the pulling of one's security clearance as

punishment, as even Army regulation does not allow. He would not put this agreement in writing, however, as I requested. The order could read, *"I direct the Army Element at United States Central Command to preserve the classified files and email of Debra L. Smith, Major, US Army Reserves, and I also direct that you give her access to these files so that she can properly defend herself in actions against her."* I will write the more pressing injunction 'order' in the motion to request preliminary injunction.

- I ask that the Army be ordered to reimburse my filing fees and other reasonable costs I have incurred and will incur as a result of this civil suit.

- Monetary demand: $10,000 as a slight reimbursement for damages I've already suffered for not being allowed due process.

- I request that the court grant such other further relief as the Honorable Judge may, in the circumstances, deem just and proper.

Thank you very much for your service and consideration. I appreciate it.

Very Respectfully,

*[signature: Debra L. Smith]*

Debra L. Smith
Major, US Army Reserves, Individual Ready Reserves
PO Box 11655
Overland Park, KS 66207
Phone 913-226-2961