Complaint of

Debra L. Smith
v.
Mr. Francis J. Harvey, Secretary of the Army

Exhibit Index

A – Correspondence from Lieutenant General Stultz, Chief of Army Reserves and an administrative lawyer in the Army's The Judge Advocate General (TJAG) office

B – The Human Resource Command – St. Louis (HRC-SL) notice to me that I have a separation board on 12 July 2006.

C – Two Inspector General Documents indicating reprisal

D – Correspondence by the Army The Judge Advocate General's office

E – Correspondence by commanders and lawyers who have ignored my request for redress and due process. Commanders include Colonel Marsh, Major General Hernandez and Major General Castro.

F – The Article 138 (a.k.a Title 10, Section 938) complaint I made protesting the elimination board and requesting due process

G – My official record, which includes all evaluations and discharge paperwork I've ever received.