FILED
JUN 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT OF COLUMBIA DISTRICT COURT

| | |
|---|---|
| Debra L. Smith ) | |
| PO Box 11655 ) | |
| Overland Park, KS 66207 ) | |
| 913-226-2961    Plaintiff, ) | |
| ) | No. |
| v. ) | |
| ) | CASE NUMBER 1:06CV01117 |
| Secretary of the Army ) | |
| Francis J. Harvey ) | JUDGE: Richard W. Roberts |
| The Pentagon ) | |
| Washington, DC 20318 ) | DECK TYPE: TRO/Preliminary Injunction |
| ) | |
| ) | DATE STAMP: 06/19/2006 |
| Defendant. ) | |

## MOTION

### Request for Preliminary Emergency Injunction

Filed as a separate document but concurrently with the Complaint.

### Jurisdiction

1. This Court has jurisdiction under 28 U.S.C. § 1331 Federal Question and the Administrative Procedure Act, 5 U.S.C. § 702 et. seq.

### Parties

2. I am the Plaintiff, Debra L. Smith. I am filing pro se and am a citizen of the United States who resides at the address stated in the caption. I am a United States Army Reservist and a graduate of the United States Military Academy at West Point.

3. Defendant is the Secretary of the United States Army.

3

**Request for Preliminary Injunction**

4. This is a request to the honorable judge, examining my case in the Federal District Court, for a **preliminary or emergency injunction**.

5. Dear sir or ma'am, I request that a negative 'flag' be immediately removed from my file and that the separation board be stopped until I can exhaust my administrative remedies. See main complaint for the associated paperwork.

6. Upon reading case law, it appears that I must fulfill four requirements in order to be granted a preliminary injunction. In the case filed in the District of Columbia District Court, David W. Qualls v. Donald Rumsfeld, Civil Act Number 04-2113 (RCL), I found the discussion of the requirements that I list and use below.

- First, is the requirement to prove that I will suffer irreparable injury if an injunction is not granted. My explanation is this:
- ➢ A separation board is scheduled to discuss the merits of removing me from the Reserves on 12 July 2006. This board is based upon slanderous and knowingly, or at best, wantonly negligent untrue statements of a commander, COL Debra Cook. If I am removed, then I will be told to 'exhaust my administrative remedies.' Sir or Ma'am, I'm still fighting, after ten years and three 'returns without action' of my appeals and packets for the Army Board for Correction of Military Records (ABCMR), to have a 1996 OER thrown out stating that it is a clear prima facie case. If I am removed from the reserves, the process to be reinstated would at least take another year, if not two or more. The deputy for the

Army Board for Correction of Military Records (ABCMR) says there are 14,000 – 17,000 cases that come before that board every year. I think this is time sensitive. My repeated requests of 'higher ups,' including general officers, have gone unheeded, as they tell me that they can't talk to me because 'processes are on-going.' That is exactly **my** point, too. There are processes on-going so why has there been a flag on my file for four months and a board scheduled for July? This should not be.

- Every tour of service I've performed with the Army or Army Reserves has resulted in an honorable discharge. Yet, not based on my overall good record, but I assert that based on vendetta and reprisal, COL Debra Cook started elimination procedures against me. I do think that, given her false and slanderous statements, the board may attempt to give me some kind of discharge, which is less than honorable. Again, this is even though during every single period of active service, I've received an honorable discharge. Sir or Ma'am, this commander has behaved in egregious fashion. She has lied, made false official statements, could be found guilty of cruelty and maltreatment and abuse of power, yet higher officials let the action continue. If I made similar and knowing untrue statements, I'm sure that a commander would have, and should have, preferred charges against me. I'm also sure that, if allowed to verify, I'd find that COL Cook and her headquarters, HRC-SL, have treated many other Army Reservists similarly. It is an appalling way to treat service men and women,

especially those like myself who were mobilized to serve the country in this 'War on Terror.'

> ➤ Last for this point is that the 'piling on' effect, that will happen if there is not an emergency injunction, will take phenomenal emotional, mental and physical energy to overcome, especially since the Army is very good, in my estimation, at seeing a mirage of 'bad actions' towards a person that causes them *to usually not ascertain the facts of the situation.* I've worked for plenty of colonels and generals. This is how many of them think. Recent conversations I've had with ABCMR officials also lead me to believe that the above assessment is accurate as it has been said to me, "Well, I don't know about your chances since this is the second go-around." That is besides the fact that, in that case, I presented new evidence. You see, there is already a bias against me, regardless of facts.

Second, it is required that the injunction favor the public interest. Over the last 19 years, the tax payer has paid probably hundreds of thousands, if not millions, of dollars educating and training me at West Point and other schools. I enclosed my record with my complaint. I think that the rush to separate me without giving me due **process does not** outweigh the public's interest in this case. The taxpayer has paid far too much to train me to have me separated or to have me threatened to be separated while I'm still exhausting my remedies.

4

Third, the requirement is that an injunction would not substantially injure another interested party. I'm asking for is an immediate 'stay' of the separation board and a 'lifting' of the negative flag on my file until I have exhausted my administrative remedies, as allowed by the Administrative Procedures Act (A.P.A) and by the 5th Amendment. This would not in any way injure another party.

Fourth, the requirement is that there should be a substantial likelihood of success on the merits of the case. I have attached my complaint for your review and prayed for action. *As I pointed out there, I think there is substantial merit, because if I **have** to use my administrative remedies before I can normally take action against the Army, then I should **get** to, or be allowed to, use my administrative remedies, before the Army can take action against me.* Due process should be afforded me. The Army put procedures in place for service members to challenge security access issues, reprimand issues, and false charge issues, so then it should let me use those very processes instead of trying to immediately jump on the chance to flag me, render me unemployable, force me to wait 5 months to go through a separation board / grilling session because a GS7 clerk waited for one year to send me my file [when law requires 10 days] and I, in not polite manner, berated the office. This 'board' in my estimation is an attempt to bully me; is a *coup de grace* for COL Cook, as she transitioned out, for getting her in trouble; and is a 'don't mess with me or I'll show you' message by that headquarters. Even an Army defense attorney, whom I recently consulted less than two weeks ago, just said, "They're messing with you." I say it is more than 'messing' with me. It is a violation of law; it has been and

is an attempt to stigmatize my character and reputation in the military; it is malicious slander; it is causing me to be unemployed; and it is causing me financial distress. I think this case is not only important for me, but it is important to all those like me who have been or who are being unfairly drummed out of the Army. Certainly during this unpopular war where it is rumored that recruiting is suffering, I do not understand why the Army would be trying to remove a person, such as I, who is willing to serve.

The preliminary injunction orders could read:

1 - *"I direct the United States Army to immediately lift the 'flag' on Major Debra L. Smith's personnel file and to immediately and indefinitely suspend the separation board until she can exhaust her administrative remedies to exonerate herself."*

2- *"I direct the United States Army Element at United States Central Command to preserve Major Debra L. Smith's classified email and documents past the already verbally agreed on time frame of 180 days. Her email and documents will be preserved as long as she is exhausting her remedies to exonerate herself in actions taken against her by United States Central Command."*

Thank you again for your time and service. I appreciate it. The rule of law governs the governors in this society. I think the rule of law is being trampled, as are my civil rights.

Very Respectfully,

*Debra L. Smith* (signature)

Debra L. Smith
Major, US Army Reserves, Individual Ready Reserves
PO Box 11655
Overland Park, KS 66207
913-226-2961