IN THE UNITED STATES DISTRICT OF COLUMBIA DISTRICT COURT

| | | |
|---|---|---|
| Debra L. Smith <br> PO Box 11655 <br> Overland Park, KS 66207 <br> 913-226-2961 <br>                       Plaintiff, <br> v. <br><br> Secretary of the Army <br> Francis J. Harvey <br> The Pentagon <br> Washington, DC 20318 <br>                       Defendant, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 06-1117 <br><br> **RECEIVED** <br> JUN 2 3 2006 <br> Chambers of Judge Roberts |

## MOTION

### Request for Temporary Restraining Order

### Jurisdiction

1. This Court has jurisdiction under 28 U.S.C. § 1331 Federal Question and the Administrative Procedure Act, 5 U.S.C. § 702 et. seq.

### Parties

2. I am the Plaintiff, Debra L. Smith. I am filing pro se and am a citizen of the United States who can be contacted at the address stated in the caption. I am a United States Army Reservist and a graduate of the United States Military Academy at West Point.

3. Defendant is the Secretary of the United States Army.

### Request for Temporary Restraining Order

4. Dear Honorable Judge Roberts, please forgive my relative ignorance. While I can afford the filing fee, I cannot afford a lawyer to file for me and cannot find one to do this on such a tight timeline. I filed a corresponding complaint, but I also request an immediate restraining order.

5. I please ask that my previously filed 'Request for Preliminary Injunction' be re-designated, in name and corresponding properties, to a Temporary Restraining Order.

6. I fully invoke all of the arguments I listed in my 'Request for Preliminary Injunction' and remind the Honorable Judge that the dates that cause imminent danger and irreparable to my career are 1 July 2006 and 12 July 2006. There is not time for the preliminary injunction to work itself out.

7. On 1 July 2006, my classified email will be destroy, in spite of multiple attempts by myself and Congressman Moore's office (Cheyne Worley) to get clarification and have those email and data files preserved.

8. On 12 July 2006, a separation board, which in my opinion totally violates my Due Process rights found in the Constitution and the Administrative Procedures Act, convenes. Given the slanderous and fallacious nature of the 'elimination letter' and given the disregard given by general officers and colonels to stop the board even while procedures and investigations are on-going, I have low hopes that the separation board recommendation will be in my favor.

### Relief Sought and Prayer

I request that the orders I wrote in the Preliminary Injunction would be given immediately, as a Temporary Restraining Order.

Very Respectfully,

*Debra L. Smith  22 June 2006*

Debra L. Smith
Major, US Army Reserves, Individual Ready Reserves
PO Box 11655
Overland Park, KS 66207
913-226-2961