AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MS DEBRA L SMITH
PO BOX 11655
OVERLAND PK, KS 66207
913-226-2961

V.

MR FRANCIS J HARVEY
SECRETARY OF THE ARMY
THE PENTAGON
WASHINGTON DC 20318

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-1117 RWR

TO: (Name and address of Defendant)

MR ALBERTO R GONZALES
US ATTORNEY GENERAL
950 PENNSYLVANIA AVE
WASHINGTON DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on ~~PLAINTIFF'S ATTORNEY~~ (name and address)
pro-se litigant

MS Debra L Smith
PO Box 11655
Overland PK, KS 66207

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| CLERK | DATE |
|---|---|
| (By) DEPUTY CLERK | |

**RECEIVED**

JUN 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 29 Jun 06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Kathleen Coury | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Patrick Henry Bldg, D+6, (Neilson) for DOJ, 950 Pennsylvania Ave

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/29/06
             Date         Signature of Server

Kathleen Coury, 25 Crown Rd Somerset NJ 08873
Address of Server

RECEIVED
JUN 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MS DEBRA L SMITH
PO Box 11655
Overland PK, KS 66207
913-226-2961

V.

MR FRANCIS J HARVEY
SECRETARY OF THE ARMY
THE PENTAGON
WASHINGTON D.C. 20318

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-1117 RWR

TO: (Name and address of Defendant)

MR FRANCIS J HARVEY
SECRETARY OF THE ARMY
THE PENTAGON
WASHINGTON D.C. 20318

**YOU ARE HEREBY SUMMONED** and required to serve on ~~PLAINTIFF'S ATTORNEY~~ (name and address)

pro-se litigant

Ms DEBRA L SMITH
PO Box 11655
OVERLAND PK, KS 66207

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE

RECEIVED
JUN 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 29 Jun 06 |
| NAME OF SERVER (PRINT) Kathleen Coury | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: ___IOSA Pentagon___

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ___SFC Brown H. Berge___

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___29 Jun 06___   ___Kathleen Coury___
                Date                              Signature of Server

___35 Crown Rd Somerset NJ 08873___
Address of Server

RECEIVED

JUN 29 2006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

MS DEBRA L SMITH
PO BOX 11655
OVERLAND PK, KS 66207
913-226-2961

**SUMMONS IN A CIVIL CASE**

V.

MR FRANCIS J HARVEY
SECRETARY OF THE ARMY
THE PENTAGON
WASHINGTON D.C. 20318

CASE NUMBER: 06-1117 RWR

TO: (Name and address of Defendant)

MR KENNETH L WAINSTEIN
US ATTORNEY FOR THE DISTRICT OF COLUMBIA
501 THIRD ST NW
WASHINGTON DC 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)
pro-se litigant

~~MR KENNETH L WAINSTEIN~~
~~US ATTORNEY FOR THE DISTRICT OF COLUMBIA~~
~~501 THIRD ST NW~~
~~WASHINGTON DC 20001~~

MS DEBRA L SMITH
PO BOX 11655
Overland PK, KS, 66207

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE

**RECEIVED**
JUN 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-29-06 |
| NAME OF SERVER *(PRINT)* Kathleen Coury | TITLE Paralegal Asst. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 501 3rd St., N.W. - Wash., DC.

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Annette Dennis (DENNIS)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  29 Jun 06   _Kathleen Coury_
        Date              Signature of Server

25 Crown Rd, Somerset NJ 08873
Address of Server

RECEIVED
JUN 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.