CCJ6-DS                                                                                    JUL 06 2006

MEMORANDUM FOR LTC Joseph Fetterman, Military Personnel Litigation Branch, U.S. Army Litigation Division, 901 N. Stuart St., Suite 400, Arlington, VA 22203-1837

SUBJECT: Extension of email accounts pertaining to MAJ Debra Smith, CCJ3

1. The email accounts pertaining to MAJ Debra Smith, CCJ3, have been extended and will remain active until 15 January 2007.

2. POC for this matter is Mr. Michael Whitehurst, CCJ6-Help Desk at 813-827-3766.

PETER DUKE
LTC, USA
Chief, Customer Support Branch