

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
1 RESERVE WAY
ST. LOUIS, MO 63132-5200

AHRC-ZA-S

2 9 JUN 2006

MEMORANDUM FOR MAJ Debra L. Smith, 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, P.O. Box 11655, Leawood, KS 66207

SUBJECT: AR 135-175, Officer Elimination Action

1. By memorandum dated 3 March 2006, you were notified that you are being considered for involuntary separation under the provisions of AR 135-175, paragraphs 2-12f, acts of personal misconduct and 2-12o, conduct unbecoming an officer. In accordance with paragraph 2-17g, you were required to respond to the Notification or a Board would proceed in your absence without according you the privileges listed in paragraph 2-19, except that counsel would be appointed to represent you in your absence. Despite the advice of your civilian counsel, you refused to respond. Therefore, you waived your rights as set forth in paragraph 2-19. By e-mail dated 1 June 2006, you indicated you may attend the Board despite the waiver of your rights. Although not required by law or regulation, the Notification dated 3 March 2006 is rescinded and you are hereby notified that you are being considered for involuntary separation under the provisions of AR 135-175, paragraphs 2-12f, acts of personal misconduct and 2-12o, conduct unbecoming an officer.

   a. From October 2002 through April 2003, while assigned to the Foreign Military Studies Office at Fort Leavenworth, you demonstrated a pattern of misconduct characterized by disrespect, anger, and unprofessional behavior.

   b. From July 2004 through September 2004, you demonstrated a pattern of misconduct through disrespectful email messages and telephone calls to the Commander and staff at U.S. Army Human Resources Command-St. Louis (HRC-St. Louis).

   c. From March 2004 through February 2006 while assigned to U.S. Central Command (USCENTCOM), you demonstrated a pattern of misconduct. You failed to follow orders, and you threatened supervisors and superior officers at your place of duty. You received a General Officer Memorandum of Reprimand, dated 17 November 2005 from MG Brian Geehan for your "failure to follow lawful orders and demonstrated acts unbecoming an officer".

   d. Also, while you were assigned to USCENTCOM, you engaged in criminal misconduct. During a hearing into this criminal matter in a civilian court, you wore a U.S. Army uniform, thereby bringing discredit upon the Armed Forces in violation of Army Regulations.

AHRC-ZA-S
SUBJECT: AR 135-175, Officer Elimination Action

    e. On 23 August 2005, you committed a security violation by attaching an e-mail classified "SECRET" to an "unclassified" Memorandum For Record submitted in response to a 22 August 2005 counseling statement from COL Douglas Boone for "unprofessional comments" you made to COL Boone, your "lack of loyalty", and making an "inappropriate statement" that he considered "threatening and unprofessional".

    f. From November 2005 through January 2006 while assigned to USCENTCOM, you demonstrated a pattern of misconduct when you gained or attempted to gain unauthorized access to classified materials. You received a General Officer Letter of Admonishment from MG Brian Geehan, dated 8 February 2006, for your use of "lies, deceit, and duplicity in order to get access to classified information and material".

    g. You acted in a manner unbecoming an officer in that you have on numerous occasions made unprofessional communications via e-mail. You have made implied and express threats as well as insubordinate comments.

2. You may elect to:

    a. Submit your resignation in lieu of elimination (Sec IV, Chap 6, AR 135-175) (Encls 1 and 2).

    b. Have your case acted upon by a board of officers.

    c. Request transfer to the Retired Reserve, if eligible.

3. If you elect to resign your commission in lieu of elimination after board proceedings have begun, you must consult with a Judge Advocate who will witness your resignation statement in writing.

4. If you elect to transfer to the Retired Reserve, you must consult with a Judge Advocate who will witness your request for retirement in writing.

5. If you elect to have your case acted upon by a board of officers, you will have the right to be represented by appointed counsel. MAJ David Black has been appointed to represent you. He may be contacted at david.f.black@us.army.mil or (202) 245-6820.

6. Acknowledge receipt of this notification by completing and returning enclosures 1 and 2 within 30 days of receipt of this correspondence. Failure to respond within 30 calendar days from the date of receipt may result in a board of inquiry proceeding in your absence without according you the privileges listed in paragraph 2-19, AR 135-175.

AHRC-ZA-S
SUBJECT: AR 135-175, Officer Elimination Action

7. The following individuals are expected to be called as witnesses in the matter:

Mr. Karl Prinslow
Foreign Military Studies Office
Fort Leavenworth, KS

Ms. Carmelitta Campbell
HRC – St. Louis
1 Reserve Way
St. Louis, MO 63132

Mr. Stephen Brewer
HRC – St. Louis
1 Reserve Way
St. Louis, MO 63132

LTC Karla Jessup
U.S. Marine Corps
Parris Island, SC 29902

LTC Thomas Goessman
2280 State Pond Rd.
Jonesboro, IL 62952

COL Samuel Hernandez
522 Glenwood Dr.
Thomasville, GA 31792

Mr. Greg Harris
528 Tropical Breeze Way
Tampa, FL 33602

COL Diann Terry
National Guard Bureau
1411 Jefferson Davis Hwy
Arlington, VA 22202

Ms. Shauna Hale
800 E. Kennedy Blvd.
Tampa, FL 33602

AHRC-ZA-S
SUBJECT: AR 135-175, Officer Elimination Action

COL Douglas Boone
CENTCOM, J3
MacDill AFB
Tampa, FL 33621

8. In accordance with AR 135-175, paragraph 2-19b(1) a copy of the documents expected to be submitted to the Board are enclosed herein under index (Enclosure 3). Any request to examine relevant classified materials should be submitted to the Board Recorder, MAJ David Laws.

9. As a result of the above action, suspension of favorable personnel action has been initiated under the provisions of paragraph 1-12b, AR 600-8-2. If you wish to discuss your options with counsel for consultation or desire assistance or further information to discuss your options, please contact Mrs. Jean Tuttleton at (314) 592-0572.

3 Encls
1-3. as

ROBERT T. MARSH
COL, AG
Commanding

CF:
MAJ David Black (w/encls)

4

2

ELECTION FORM

_____
(DATE)

SUBJECT: Election of Options

Commander
U.S. Army Human Resources Command
ATTN: AHRC-PAP-T
1 Reserve Way
St. Louis, MO 63132-5200

I, MAJ Debra L. Smith, 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, having been informed I am being considered for involuntary separation, elect one of the following:

[ ] a. I elect to tender my resignation as a Reserve commissioned officer of the Army, USAR, in lieu of elimination, under the provisions of Section IV, Chapter 6, AR 135-175.

[ ] b. I desire a hearing before a board of officers.

_____
(Signature)

_____
(Printed Name and Rank)

_____
(Branch)       (SSN)

RESIGNATION STATEMENT

AHRC-PAP-T

_____
(Date)

MEMORANDUM FOR Commander, U.S. Army Human Resources Command (AHRC-PAP-T), 1 Reserve Way, St. Louis, MO 63132-5200

SUBJECT: Resignation in Lieu of Involuntary Separation

1. I _____
    (Name)    (Rank)    (Branch)    (SSN)
having been informed that I am being considered for involuntary separation, do hereby voluntarily tender my resignation as a Reserve commissioned officer of the Army, USAR, under the provisions of Paragraph 2-12, AR 135-175.

2. I have been advised of the reasons for initiation of involuntary separation action, of my right to appear before a board of officers, to be represented by counsel, to submit a brief, and any other statements, to present witnesses in my behalf, and to have a reasonable time (at least 30 days) to prepare my case.

3. I hereby waive these rights with the understanding that if my resignation is accepted I may be separated under either honorable conditions or conditions other than honorable. I also understand that I may be furnished an Honorable or General Discharge Certificate, or Other than Honorable Conditions Discharge, as determined by Headquarters, Department of the Army.

_____
(Signature)