**Army Regulation 600–8–2**

**Personnel—General**

# Suspension of Favorable Personnel Actions (Flags)

**Headquarters**
**Department of the Army**
**Washington, DC**
**23 December 2004**

# *SUMMARY of CHANGE*

AR 600-8-2
Suspension of Favorable Personnel Actions (Flags)

This rapid action revision, dated 23 December 2004--

o  Changes MILPERCEN to AHRC-Alexandria throughout the regulation except for figures 2-1 through 2-3 where MILPERCEN is changed to DCS, G-1.

o  Identifies proponent and exception authority.

o  Deletes wartime standards of service (para 1-9).

o  Re-titles paragraph 1-10 as Standards of Service.

o  Clarifies that initiation of suspension of favorable personnel action is mandatory when an investigation (formal or informal) is initiated on a soldier by military or civilian authorities (para 1-11).

o  Clarifies requirement for non-transferable Flags (para 1-12).

o  States that suspension of favorable personnel actions directed at soldiers who are on a centralized promotion list may be closed out only by HQDA (paras 1-12a(2), 1-12a(3), 1-12a(6), and 1-12c).

o  Flags soldiers who are command referred to the Army Substance Abuse Program (para 1-13e).

o  Clarifies actions requiring transferable flags (para 1-13).

o  Directs the entering of additional information of DA Form 268 for soldiers on a HQDA promotion list (table 2-4, step 12).

o  Revises provisions regarding retaining beyond expiration term of service, expiration of service agreement, or mandatory release date (chap 2, sec V).

o  Modifies tables 3-1 and 3-2 (paras 3-9a and 3-9b).

This regulation, dated 30 October 1987--

o  Is one of a series of regulations being developed as part of the new military personnel publications architecture prescribed in AR 600-8, Military Personnel Operations.

o  Is a completly redesigned presentation of the flagging system.

o  Incorporates all information previously printed in AR 600-31, Suspension of Favorable Personnel Actions.

o  Employs elements of the new Army writing style.

o  Revises DA Form 268 and reduces copy requirements of this form from five to three.

**Headquarters**
**Department of the Army**
**Washington, DC**
**23 December 2004**

*Army Regulation 600–8–2

Effective 23 January 2005

Personnel—General

# Suspension of Favorable Personnel Actions (Flags)

By Order of the Secretary of the Army:

PETER J. SCHOOMAKER
*General, United States Army*
*Chief of Staff*

Official:

SANDRA R. RILEY
*Administrative Assistant to the*
*Secretary of the Army*

**History.** This publication is a rapid action revision. The portions affected by this rapid action revision are listed in the Summary of Change.

**Summary.** This regulation prescribes policies, operating tasks, and steps governing the suspension of favorable personnel actions as a function.

**Applicability.** This regulation applies to the Active Army, the Army National Guard, and the U.S. Army Reserve.

**Proponent and exception authority.**

The proponent of this regulation is the Deputy Chief of Staff, G-1. The proponent has the authority to approve exceptions to this regulation that are consistent with controlling law and regulations. Proponents may delegate this approval authority in writing, to a division chief within the proponent agency in the grade of colonel or the civilian equivalency. Activities may request a waiver to this regulation by providing justification that includes a full analysis of the expected benefits and must include formal review by the activity's senior legal officer. All waiver requests will be endorsed by the commander or senior leader of the requesting activity and forwarded through their higher headquarters to the policy proponent. Refer to AR 25–30 for specific guidance.

**Army management control process.** This regulation is subject to the requirements of AR 11–2. It contains internal control provisions but does not contain checklists for conducting internal control reviews. These checklists are being developed and will be published at a later date.

**Supplementation.** Supplementation of

this regulation and establishment of command and local forms are prohibited without prior approval from HQDA (DAPC–MSP–F), Alexandria, VA 22332–0400.

**Suggested improvements.** The proponent of this regulation is the Office of the Deputy Chief of Staff, G-1. Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to HQDA (DAPC–MSP–F), Alexandria, VA 22332–0400.

**Distribution.** This publication is available in electronic media only and is intended for command levels B, C, D, and E for the Active Army and command level D for the Army National Guard of the United States and the U.S. Army Reserve.

## Contents (Listed by paragraph and page number)

**Chapter 1**
**Introduction,** *page 1*

*Section I*
*General, page 1*
Purpose • 1–1, *page 1*
Explanation of abbreviations • 1–3, *page 1*
Proponent responsibility • 1–4, *page 1*
Manpower resources • 1–5, *page 1*
Levels of work • 1–6, *page 3*
The flagging process • 1–7, *page 3*

*Section II*
*Principles and Standards, page 3*

*This regulation supersedes AR 600–8–2, 30 October 1987.

**Contents—Continued**

The principle of support • 1–8, *page 3*
Wartime standards of service • 1–9, *page 3*
Standards of service • 1–10, *page 3*

*Section III*
*Policy, page 3*
Categories of flags • 1–11, *page 3*
Circumstances requiring a non-transferable flag • 1–12, *page 4*
Circumstances requiring a transferable flag • 1–13, *page 4*
Actions prohibited by a flag • 1–14, *page 5*
Processing exceptions • 1–15, *page 5*
Retaining soldiers past their ETS/ESA/MRD • 1–16, *page 5*

**Chapter 2**
**Operating Tasks,** *page 6*

*Section I*
*Task: Initiate the Flag, page 6*
Rules for initiating the flag • 2–1, *page 6*
Steps for initiating the flag • 2–2, *page 6*

*Section II*
*Task: Manage the Flagging System, page 7*
Rules for managing the flagging system • 2–3, *page 7*
Steps for managing the flagging system • 2–4, *page 7*

*Section III*
*Task: Transfer the Flag, page 8*
Rules for transferring the flag • 2–5, *page 8*
Steps for transferring the flag • 2–6, *page 8*

*Section IV*
*Task: Remove the Flag, page 8*
Rules for removing the flag • 2–7, *page 8*
Steps for removing the flag • 2–8, *page 9*

*Section V*
*Task: Request Authority To Retain Beyond Expiration Term of Service, Expiration of Service Agreement, or Mandatory Release Date, page 10*
Rules for retaining beyond ETS/ESA/MRD • 2–9, *page 10*
Steps for retaining beyond ETS/ESA/MRD • 2–10, *page 10*

**Chapter 3**
**Managing Flagging Actions in SIDPERS,** *page 14*

*Section I*
*SIDPERS Transactions, page 14*
General guidance • 3–1, *page 14*
Submitting the transaction • 3–2, *page 14*
Entering the control data • 3–3, *page 14*
Entering action data for the initial flag • 3–4, *page 14*
Entering action data to delete an erroneous flag • 3–5, *page 14*
Entering action data to transfer a flag • 3–6, *page 14*
Entering action data to remove a flag • 3–7, *page 15*
Entering action data to report a delay in separation • 3–8, *page 15*

**Contents—Continued**

Reason and Report codes for a FLAG transaction • 3–9, *page 15*

*Section II*
*SIDPERS Management Reports, page 16*
General guidance for the SIDPERS AAC–C95 report (Suspension of Favorable Personnel Actions Roster) • 3–10,
  *page 16*
Instructions for reviewing the SIDPERS AAC–C95 report • 3–11, *page 16*
General guidance for the SIDPERS AAC–C03 report (Weekly Report of AWOLs by Name) • 3–12, *page 16*
Instructions for reviewing the AAC–C03 report • 3–13, *page 16*

**Appendix A.**  References, *page 20*

**Table List**

Table 2–1: Actions required for initating a flag, *page 6*
Table 2–2: Actions required for managing flagging system, *page 7*
Table 2–3: Actions required for transferring the flag, *page 8*
Table 2–4: Actions required for removing the flag, *page 9*
Table 3–1: Codes for the reason date of the flag transaction, *page 15*
Table 3–2: Codes for the report data of the flag transaction, *page 15*

**Figure List**

Figure 1–1: Organizational relationships, *page 2*
Figure 2–1: Sample DA Form 268 to initiate a flag, *page 11*
Figure 2–2: Sample DA Form 268 to transfer a flag, *page 12*
Figure 2–3: Sample DA Form 268 to remove a flag, *page 13*
Figure 3–1: Explanation of items on the SIDPERS AAC–C95 report, *page 18*
Figure 3–2: Explanation of items on the SIDPERS AAC–C03 report, *page 19*

**Glossary**

# Chapter 1
# Introduction

## Section I
## General

### 1–1. Purpose

This regulation supports the flagged records work center of the Personnel Service Center (PSC) and Personnel Service Company (PSC) as prescribed in AR 600–8 and as illustrated in figure 1–1. It also presents the flagging action program in a logical sequence, including—

    *a.* The principle of support.

    *b.* Standards of service.

    *c.* The process.

    *d.* Policies to—

    (1) Initiate, transfer, and remove a flag.

    (2) Process exceptions.

    (3) Retain a flagged soldier on active duty.

    *e.* A section for each operating task, including—

    (1) The title.

    (2) Rules for executing the task.

    (3) Sequential steps for completing the task.

### 1–3. Explanation of abbreviations

Abbreviations and special terms used in this regulation are explained in the glossary.

### 1–4. Proponent responsibility

Proponents for the flagging action program are as follows:

    *a.* Policy: Deputy Chief of Staff, G-1 (HQDA (DAPE–MPS)).

    *b.* Functional: Commanding General, U.S. Army Military Personnel Center (AHRC-Alexandria) (DAPC–MSP–F).

    *c.* Branch: Commandant, Adjutant General School (ATSG–AG).

### 1–5. Manpower resources

Manpower Staffing Standards System (MS3) includes the flagging function in the enlisted records work center. Manpower officials will use the average number of authorized soldiers in the supported population during the preceding 12 months as the workload factor to determine the manpower authorizations.

# PERSONNEL RECORDS SECTION
## (SUB-WORK CENTER: FLAGGED RECORDS)

**(SEE AR 600-8)**



Figure 1–1. Organizational relationships

**1–6. Levels of work**

*a.* Most personnel work in the field is performed at three primary levels: unit, battalion, and installation (or some equivalent of an installation). The focus of the guidance in this regulation is on those levels.

(1) Unit and battalion-level work is straightforward as to where it is performed.

(2) Installation level work requires an understanding of the organizational structure. Work at installation level falls into two major categories.

*(a) Command and staff (C & S).* C & S includes work required to manage the personnel strength of a command and work required to support the commander's decision process. The headquarters elements of all Army commands are responsible for C & S work. (Brigades within Army divisions are notable exceptions.) C & S work includes enlisted and officer strength management, awards and decorations, release from active duty (that is, eliminations), special correspondence, and personnel actions requiring a commander's decision.

*(b) Personnel support (PS).* PS work is performed by personnel support activities, either in the Personnel Service Center or as part of the base operations (BASOPS) support structure.

*b.* The guidance in chapter 2 will typically address the following levels of work:

(1) *Soldiers.* Work beginning with input from a soldier.

(2) *Unit.* Work executed at unit level.

(3) *Battalion.* Work executed at battalion level.

(4) *Command and staff (C & S).* Work executed within the chain of command (other than the battalion). The specific C & S work center covered by this regulation is plans and staff support (SS).

(5) *Personnel support (PS).* Work executed in a personnel support organization. The specific PS work centers covered by this regulation are officer records (OR), enlisted records (ER), flagged records (FR), and in and out processing (IO).

**1–7. The flagging process**

The flagging process includes the physical security and maintenance of the Military Personnel Records Jacket, U.S. Army (MPRJ) (if applicable) of soldiers not in good standing. The process depends on timely and accurate reports from commanders to initiate, transfer, and remove suspension of favorable personnel actions.

**Section II**
**Principles and Standards**

**1–8. The principle of support**

The Department of the Army will operate a system to guard against the accidental execution of specified favorable personnel actions for soldiers not in good standing.

**1–9. Wartime standards of service**

This paragraph has been rescinded.

**1–10. Standards of service**

*a.* A flag will be initiated immediately when a soldier's status changes from favorable to unfavorable.

*b.* Flagged MPRJs, if applicable, will be maintained in a restricted access area. Only those with a need to know of the suspension will be informed and notification of flagging action will follow steps 2, 8, 9, 10, 16, and 18 of table 2–1.

*c.* Active flag cases will be reviewed monthly.

*d.* A flag will be removed immediately when a soldier's status changes from unfavorable to favorable.

**Section III**
**Policy**

**1–11. Categories of flags**

Suspension of favorable personnel actions is mandatory when an investigation (formal or informal) is initiated on a soldier by military or civilian authorities. Flags are classified into the two categories described below, depending upon the specific action or investigation.

*a.* Non-transferable. The flag may not be transferred to another unit (except where consistent with paragraph 1–15).

*b.* Transferable. The flag may be transferred to another unit.

### 1–12. Circumstances requiring a non-transferable flag

The specific actions and investigations listed below require a non-transferable flag.

*a.* Adverse actions.

(1) *Charges, restraint, or investigation.* Remove the flag when soldier is released without charges, charges are dropped, or punishment is completed.

(2) *Court-martial.* Remove the flag upon completion of punishment, to include any term of suspension. However, a flag for a soldier on a HQDA promotion list (officer promotable to 03–06, warrant officers promotable to CW3–CW5, and enlisted soldiers promotable to E7–E9) who is flagged for a court-martial, can only be removed by HQDA (AHRC-Alexandria-MSP-S). Forward a copy of the initial DA Form 268 along with supporting documentation to HQDA (AHRC-Alexandria-MSP-S).

(3) *Nonjudicial punishment.* Remove the flag upon completion of punishment, to include any term of suspension. However, a flag for a soldier on a HQDA promotion list (officer promotable to 03–06, warrant officers promotable to CW3–CW5, and enlisted soldiers promotable to E7–E9) who is flagged for nonjudicial punishment can only be removed by HQDA (AHRC-Alexandria-MSP-S). Forward a copy of the initial DA Form 268 along with supporting documentation to HQDA (AHRC-Alexandria-MSP-S).

(4) *Absent without leave (AWOL).* Remove the flag upon completion of punishment.

(5) *Administrative reduction.* Remove the flag on the day of reduction.

(6) *Memorandums of admonition, censure, or reprimand not administered as nonjudicial punishment.* Remove the flag upon completion of filing instructions. However, a flag for a soldier on a HQDA promotion list (officer promotable to 03–06, warrant officers promotable to CW3–CW5, and enlisted soldiers promotable to E7–E9) who is flagged for one of these memorandums can only be removed by HQDA (AHRC-Alexandria-MSP-S). Forward a copy of the initial DA Form 268 along with supporting documentation to HQDA (AHRC-Alexandria-MSP-S).

(7) *AMEDD soldiers who are not in compliance with AR 40–68.* Remove the flag (code type E) on the date of compliance.

*b.* Elimination—field initiated. Remove the flag when soldier is reassigned to a transition point.

*c.* Removal from a promotion, command, or school selection list—field initiated. A flag for a soldier on a HQDA promotion list (officer promotable to 03–06, warrant officers promotable to CW3–CW5, and enlisted soldiers promotable to E7–E9) who is flagged for removal from command, promotion, or school list can only be removed by HQDA (AHRC-Alexandria-MSP-S). Forward a copy of the initial DA Form 268 along with supporting documentation to HQDA (AHRC-Alexandria-MSP-S).

*d.* A referred officer evaluation report (OER) when on a promotion list. Remove the flag when received and accepted by HQDA.

*e.* A security violation.

(1) *Local security violation.* Remove the flag upon direction of the commander.

(2) *Violation of Title 18 of the United States Code concerning sabotage, espionage, treason, sedition, or criminal subversion.*

(a) When case is closed favorably, remove the flag upon direction of the Commander, U.S. Army Central Personnel Security Clearance Facility (CCF).

(b) When case is closed unfavorably, remove the flag upon direction of the Secretary of the Army.

(3) *Violation of Articles 94, 104, 106, 133, and 134 of the Uniform Code of Military Justice (UCMJ).* Remove the flag upon direction from the Secretary of the Army.

*f.* Elimination or removal from promotion, command, or school selection list—HQDA initiated. HQDA will remove the flag.

### 1–13. Circumstances requiring a transferable flag

The specific actions and investigations listed below require a transferable flag.

*a.* HQDA directed reassignment of flagged soldier. Remove the flag according to HQDA guidance.

*b.* Movement of an adverse action into the punishment phase. Remove the flag according to the rules in paragraph 1–12*a*.

*c.* Failure to pass the Army Physical Fitness Test (APFT) or failure to take the APFT within the required period. Remove the flag (code E/type report) on the day the soldier passes the APFT or at expiration term of service (ETS)/expiration of service agreement (ESA)/mandatory release date (MRD).

*d.* Entry into Weight Control Program. Remove the flag (code E/type report) on the day the commander decides that the soldier is in compliance with the program.

*e.* Soldiers who are command referred to the Arny Substance Abuse Program (ASAP) in accordance with AR 600–85, paragraph 5–7. Remove the flag on date of compliance (Code E type report).

## 1–14. Actions prohibited by a flag

A flag properly imposed in accordance with this regulation prohibits the personnel actions listed below (see para 1–15 for exceptions). The PSC will control the if applicable to guard against accidental execution of—

  *a.* Appointment, reappointment, reenlistment, and extension.

  *b.* Entry on active duty (AD) or active duty for training (ADT).

  *c.* Reassignment.

  *d.* Promotion or reevaluation for promotion.

  *e.* Awards and decorations.

  *f.* Attendance at civil or military schooling.

  *g.* Unqualified resignation or discharge.

  *h.* Retirement.

  *i.* Advanced or excess leave.

  *j.* Payment of enlistment bonus (EB) or selective reenlistment bonus (SRB).

  *k.* Assumption of command.

  *l.* Family member travel to an oversea command (when sponsor is overseas).

  *m.* Command sponsorship of family members in an oversea command (when sponsor is overseas).

## 1–15. Processing exceptions

  *a. APFT.*

  (1) Flags for APFT failure block promotion, reenlistment, and extension only.

  (2) A flag is not initiated if the soldier has a limiting physical profile that specifically prohibits taking the APFT.

  *b. Weight control.*

  (1) Flags for weight control block only attendance at full-time civil or military schooling, promotion, awards and decorations, assumption of command, and reenlistment or extension.

  (2) Soldiers attending a civil or military school on the date of the flag will not be removed from such schooling.

  (3) Commanders may approve reenlistments and extensions under certain medical conditions as advised by the supporting total Army career counselor.

  *c. Reassignment.*

  (1) HQDA will reassign soldiers returned to military control from dropped from the rolls (DFR).

  (2) Soldiers in receipt of HQDA reassignment instructions may depart when their case moves into the punishment phase if the punishment does not require the soldier's continued presence.

  (3) Major overseas commanders approve intra-command reassignments.

  (4) Installation commanders approve intra-installation reassignments.

  (5) Flagged soldiers may be reassigned if—

  *(a)* The flag is based on APFT failure.

  *(b)* The flag is based on entry in the weight control program.

  *(c)* The flag case is in the punishment phase with no restraints on liberty imposed by civil court, court-martial, or Article 15.

  *(d)* Reassignment is deemed necessary by installation or major overseas commanders (within their command) for the maintenance of discipline, morale, and unit order.

  *d. Advance or excess leave.*

  (1) The General Court-Martial Convening Authority (GCMCA) may direct excess leave to soldiers sentenced by court-martial to dismissal or a punitive discharge when the sentenced has not yet been approved.

  (2) The GCMCA or designee may grant an indefinite period of excess leave to soldiers awaiting administrative discharge in accordance with AR 600–8–10.

  (3) Commanders may grant advance or excess leave when emergencies exist.

  *e. Unqualified resignation, discharge, or retirement.*Flagged soldiers may submit requests for consideration by HQDA.

  *f. Entry on AD or ADT.*

  (1) Flagged ARNG and U.S. Army Reserve (USAR) soldiers may not apply for AD or ADT.

  (2) HQDA may direct involuntary AD or ADT for flagged ARNG and USAR soldiers.

  *g. Awards and decorations.*Retirement awards and decorations for valor may be processed and presented to flagged soldiers.

  *h.* Erroneous flag will be declared void and of no effect.

## 1–16. Retaining soldiers past their ETS/ESA/MRD

Soldiers will not be retained past their ETS/ESA/MRD because they are flagged. All actions must be executed prior to

ETS/ESA/MRD, or authority must be obtained from HQDA to extend the ETS/ESA/MRD (see chap 2, sec V, below, for exceptions).


# Chapter 2
# Operating Tasks

## Section I
## Task: Initiate the Flag

### 2–1. Rules for initiating the flag
*a.* A separate flag will be initiated for each investigation, incident, or action.

*b.* The commander (or general officer staff head) directs the flagging action.

*c.* The effective date of a flag is the date of the incident or the date the commander (or general officer staff head) initiates the action, whichever is earlier.

### 2–2. Steps for initiating the flag
The following steps in table 2-1 give the actions required for initiating a flag:

**Table 2–1**
**Actions required for initating a flag**

| Step | Work center | Required action |
|------|-------------|-----------------|
| 1 | Unit | Direct S1 to prepare DA Form 268 (Report to Suspend Favorable Personnel Actions (Flag)). |
| 2 | Unit | Consult with supporting security manager (usually battalion S2 officer) to consider suspending access to classified information. |
| 3 | Bn S2 | If the commander decides to suspend access to classified information, security manager prepares DA Form 5248–R (Report of Unfavorable Information or Suspension of Access). |
| 4 | Bn S1 | Submit SIDPERS ""Field Determined Personnel Security'' (FDPS) transaction. |
| 5 | Bn S1 | Prepare DA Form 268. (See sample at fig 2–1.) Inform soldier of the action. |
| 6 | Bn S1 | Authenticate DA Form 268. (The adjutant, executive officer, or commander are the only persons authorized to authenticate.) |
| 7 | Bn S1 | Submit SIDPERS flag transaction to initiate a flag in the data base. (See sec I, chap 3, for guidance.) |
| 8 | Bn S1 | Forward original DA Form 268 to supporting PSC. |
| 9 | Bn S1 | Forward a copy of DA Form 268 to supporting Finance and Accounting Office (FAO) on the next unit transmittal letter (UTL). |
| 10 | Bn S1 | If soldier is an ARNG officer, forward a copy of DA Form 268 to CDR, National Guard Personnel Center, ATTN: NGB–ARP–CA, 5600 Columbia Pike, Falls Church, VA 22041–5125. |
| 11 | Bn S1 | Review ETS/ESA/MRD. If soldier is within 30 days of scheduled transition from active duty, advise commander to act quickly. |
| 12 | PS (OR/ER) | Complete DA Form 543 (Request for Records) and file in officer records or enlisted records work center to account for MPRJ, if applicable. |
| 13 | PS (OR/ER) | File original DA Form 268 as top document in ""action pending'' section of MPRJ, if applicable. |
| 14 | PS (OR/ER) | The MPRJ, if applicable, of a soldier under suspension of favorable personnel actions will be maintained in the Records work center. A cover sheet (to be designed and reproduced locally) will be placed on the front of the MPRJ, if applicable, so that it will be easily identified as a flagged record. If manpower dictates, the PSB commander may maintain the MPRJ, if applicable, of flagged soldiers in a separate area. If conditions exist where there is no MPR, if applicable, or the MPRJ, if applicable, is being phased out the DA Form 268 may be kept at BNS1. |
| 15 | PS (FR) | Determine promotion status. Do this by looking for a SGT/SSG promotion packet in the MPRJ, if applicable, or a ""P'' promotion indicator on DA Form 2A (Personnel Qualification Record, Part I—Enlisted) or DA Form 4037 (Officer Record Brief) (ORB). |
| 16 | PS (FR) | If the soldier is promotable, notify the promotions work center. |

**Table 2–1**
**Actions required for initating a flag—Continued**

| Step | Work center | Required action |
|------|-------------|-----------------|
| 17 | PS (FR) | Determine reassignment status. Look for a reassignment processing cover sheet on the outside front of the MPRJ, if applicable, or a DA Form 5118–R (Reassignment Processing Checklist) inside the MPRJ, if applicable. |
| 18 | PS (FR) | If the soldier is pending reassignment, notify the personnel reassignment headquarters work center. |

## Section II
## Task: Manage the Flagging System

### 2–3. Rules for managing the flagging system

*a.* The SIDPERS AAC–C95 report (Suspension of Favorable Personnel Actions Roster) is produced monthly and used to monitor the program.

*b.* The MPRJ, if applicable, of a flagged soldier will be maintained in the flagged records work center (separate restricted access area).

### 2–4. Steps for managing the flagging system

The following steps in table 2-2 give the actions required for managing the flagging system:

**Table 2–2**
**Actions required for managing flagging system**

| Step | Work center | Required action |
|------|-------------|-----------------|
| 1 | PS (FR) | Obtain most recent SIDPERS AAC–C95 report. |
| 2 | PS (FR) | Obtain SIDPERS AAC–C03 report (Weekly Report of AWOLs by Name) produced in the same cycle as the most recent AAC–C95 report. |
| 3 | PS (FR) | Ensure all flagged MPRJ, if applicable, are under control. Do this by— |
| | | a.Annotating changes on AAC–C95 report daily. |
| | | b.Comparing the AAC–C03 and AAC–C95 reports to ensure that every AWOL soldier is flagged. |
| | | c.Comparing the AAC–C95 report against MPRJ , if applicable, on hand. |
| | | d.Reconciling differences. |
| 4 | PS (FR) | Suspense one copy of annotated SIDPERS AAC–C95 report and forward three copies to the Battalion (Bn) S1. |
| 5 | PS (FR) | Suspense one copy of annotated SIDPERS AAC–C03 report and forward three copies to the Bn S1. |
| 6 | Bn S1 | Review and annotate SIDPERS AAC–C95 report. (See sec II, chap 3.) |
| 7 | Bn S1 | Review and annotate SIDPERS AAC–C03 report. (See sec II, chap 3.) |
| 8 | Bn S1 | Review ETS/ESA/MRD of each flagged soldier. Determine whether or not case will be completed before ETS/ESA/MRD. If the case cannot be completed prior to ETS/ESA/MRD, take action to request retention on active duty. (See sec V, chap 2.) |
| 9 | Bn S1 | Forward one copy of annotated SIDPERS AAC–C95 report to the unit. |
| 10 | Bn S1 | Forward one copy of annotated SIDPERS AAC–C03 report to the unit. |
| 11 | Unit | Review and annotate the SIDPERS AAC–C95 report. (See sec II, chap 3.) |
| 12 | Unit | Review and annotate the SIDPERS AAC–C03 report. (See sec II, chap 3.) |
| 13 | Unit | Direct Bn S1 to correct errors on SIDPERS AAC–C95 report. |
| 14 | Unit | Direct Bn S1 to correct errors on SIDPERS AAC–C03 report. |
| 15 | Bn S1 | Prepare DA Form 268 for cases detected during commander's review. (See sec I, chap 2.) |
| 16 | Bn S1 | If discrepancies are noted, submit SIDPERS transaction to correct data base. (See sec I, chap 3.) |
| 17 | Bn S1 | Annotate SIDPERS AAC–C95 report with all changes. Retain one copy for reconciliation against next SIDPERS AAC–C95 report. Return one copy to the flagged records work center. |

**Section III**
**Task: Transfer the Flag**

## 2–5. Rules for transferring the flag

*a.* Normally, soldiers with "open'' flag cases are not reassigned.

*b.* Flagged soldiers may be reassigned when the soldier's career division at HQDA or other component headquarters directs the transfer or when the provisions under paragraph 1–15*c* apply.

*c.* When a flagged soldier is reassigned, the responsibility to manage the flagging action automatically transfers to the gaining commander.

## 2–6. Steps for transferring the flag

The following steps in table 2-3 give the actions required for transferring the flag:

**Table 2–3**
**Actions required for transferring the flag**

| Step | Work center | Required action |
|------|-------------|-----------------|
| 1 | PS (FR) | 30 days prior to flagged soldier's reassignment, request transfer flag and flag-related supporting documents from the Bn S1. |
| 2 | Bn S1 | Advise commander of requirement to transfer the flag. |
| 3 | Unit | Review status of the flag. |
| 4 | Unit | Forward all case related documents to the Bn S1. |
| 5 | Unit | Direct Bn S1 to prepare transfer flag. |
| 6 | Bn S1 | Prepare transfer flag, using DA Form 268. (See sample at fig 2–2.) |
| 7 | Bn S1 | Provide a copy of the transfer flag (DA Form 268), with reassignment orders attached, to the security manager if access to classified information was suspended with initial flag. (Source: Item 37 of the SIDPERS AAC–C37 report (Personnel Qualification Roster).) |
| 8 | Bn S1 | Forward transfer flag and all flag-related supporting documents to the flagged records work center. |
| 9 | Bn S1 | If the transfer is authorized because the case moved into the punishment phase, submit a SIDPERS transaction to change the flag reason code from non-transferable to transferable (codes G or H). (See sec I, chap 3.) |
| 10 | PS (FR) | Attach original supporting documents to the original transfer flag (DA Form 268) and file in ""action-pending" section of the MPRJ, if applicable. |
| 11 | PS (FR) | Attach copies of all supporting documents to a copy of the transfer flag (DA Form 268) and suspense until out-processing date. |
| 12 | PS (FR) | Conduct final review of the MPRJ, if applicable. Notify officer records or enlisted records work center to remove DA Form 543 pertaining to the transferring flagged soldier. |
| 13 | PS (FR) | Forward MPRJ, if applicable, to in- and out-processing work center. (When a flagged soldier is reassigned between units supported by the same PSC, the MPRJ, if applicable, remains in the flagged records work center.) |
| 14 | PS (IO) | Out-process the soldier and the MPRJ, if applicable. Counsel soldier against removing documents from the MPRJ, if applicable. (This step is not performed when a flagged soldier is reassigned between units supported by the same PSC.) |
| 15 | PS (IO) | On soldier's final out-processing date, mail the MPRJ if applicable to the gaining commander. (This step is not performed when a flagged soldier is reassigned between units supported by the same PSC.) |
| 16 | PS (FR) | Move suspense file of the transfer flag (DA Form 268) and supporting documents into the inactive file. Retain for 3 months then destroy. |

**Section IV**
**Task: Remove the Flag**

## 2–7. Rules for removing the flag

*a.* The commander (or general officer staff head) directs removal of the flag.

*b.* The effective date of removal is the day on which the soldier's status changes. (See para 1–12 and 1–13.)

*c.* The first general officer in the chain of command will determine the effective date of removal if there is a conflict.

## 2–8. Steps for removing the flag

The following steps in table 2-4 give the actions required for removing the flag:

**Table 2–4**
**Actions required for removing the flag**

| Step | Work center | Required action |
|---|---|---|
| 1 | Unit | Direct Bn S1 to remove the flag. |
| 2 | Bn S1 | Prepare removal flag, using DA Form 268. (See sample at fig 2–3.) |
| 3 | Bn S1 | Authenticate removal flag (DA Form 268). (The adjutant, executive officer, or commander are the only persons authorized to authenticate.) |
| 4 | Bn S1 | File original copy of DA Form 268. Retain for 1 year. |
| 5 | Bn S1 | If access to classified information was withdrawn with the initial flag (sec I, chap 2), notify the supporting security manager that the flag was removed. |
| 6 | Bn S2 | Submit final DA Form 5248–R to reinstate or revoke security clearance. |
| 7 | Bn S1 | Submit SIDPERS ""Field Determined Personnel Security'' (FDPS) transaction. |
| 8 | Bn S1 | Submit SIDPERS flag transaction to remove the flag from the data base. (See sec I, chap 3.) |
| 9 | Bn S1 | Forward copy of DA Form 268 to the commander of the supporting PSC. |
| 10 | Bn S1 | Forward copy of DA Form 268 to the supporting FAO. If the soldier is on a HQDA promotion list, ensure removal flag contains date, reason, and date of initial flag. |
| 11 | Bn S1 | If the soldier is an ARNG officer, forward copy of DA Form 268 to CDR, Army National Guard Personnel Center, Attn: NGB–ARP–CA, 5600 Columbia Pike, Falls Church, VA 22041–5125. |
| 12 | Bn S1 | If the soldier is on an HQDA promotion selection list, and the case is closed unfavorably enter the following in item IV of DA Form 268 (use a continuation page if necessary): (a) Action taken (i.e. memorandum of reprimand (MOR), court-martial, Article 15, civil conviction, etc.). (b) Filing disposition (that is, OMPF P or R fiche, local files). (c) Date of final action.   (1) Date sentence imposed for court-martial, UCMJ, Article 15, civilian imposition.   (2) Date the MOR was directed for filing.   (3) Date of other final action as appropriate. (d) Punishment imposed (to include periods of forfeiture and suspension) NOTE: If the case was closed favorably enter the words "No adverse action taken". Attach supporting documentation. |
| 13 | Bn S1 | If the soldier is on an HQDA selection list, forward a copy of the removal flag (DA Form 268) to HQDA (DAPC–MSP–O for officers, and DAPC–MSP–E for enlisted), 200 Stovall St. Alexandria, VA 22332–0400. |
| 14 | Unit | Inform soldier of flag removal. |
| 15 | Unit | Direct the supporting Total Army Career Counselor to review the enlisted soldier's reenlistment eligibility status. |
| 16 | PS (FR) | Remove DA Form 268 from ""action pending'' section of the MPRJ, if applicable. |
| 17 | PS (FR) | If soldier is on permanent change of station (PCS) orders, inform the personnel reassignment headquarters work center that flag was removed. |
| 18 | PS (FR) | If soldier is on a promotion selection list, inform promotions work center that flag was removed. |
| 19 | PS (FR) | Return MPRJ, if applicable, from flagged records work center to the originating work center (that is, officer or enlisted records). |
| 20 | PS (OR/ER) | Remove DA Form 543 from file in officer records or enlisted records work center. |

**Section V**
**Task: Request Authority To Retain Beyond Expiration Term of Service, Expiration of Service Agreement, or Mandatory Release Date**

## 2–9. Rules for retaining beyond ETS/ESA/MRD
Soldiers will not be retained beyond ETS, ESA, MRD, solely because they are flagged.

## 2–10. Steps for retaining beyond ETS/ESA/MRD
Soldiers who are flagged and the case cannot be completed prior to their separation may be retained in accordance with applicable regulations. For example, when court-marital charges have been preferred or when directed by the GCMCA, retention may be authorized under the provisions of AR 27-10.

## REPORT TO SUSPEND FAVORABLE PERSONNEL ACTIONS (FLAG)
For use of this form, see AR 600-8-2; the proponent agency is DCS, G-1

### SECTION I - ADMINISTRATIVE DATA

| 1. NAME (Last, First, MI) | 2. SSN | 3. RANK |
|---|---|---|
| JONES, Joseph C. | 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 | E4 |

| 4. | 5. ETS/ESA/MRD |
|---|---|
| ☒ On active duty  ☐ Not on active duty  ☐ On ADT | 9 JAN 87 |

| 6. UNIT ASSIGNED AND ARMY MAJOR COMMAND | 7. STATION (Geographical location) |
|---|---|
| B Co., 2d Bn 80th Armor — FORSCOM | Ft. Defense, VA |

8. PSC CONTROLLING FLAGGING ACTION AND TELEPHONE NUMBER
20th Personnel Services Company    999-1234

9. THIS ACTION IS TO:

☒ Initiate a flag (Sections II and V only)    ☐ Transfer a flag (Sections III and V only)    ☐ Remove a flag (Sections IV and V only)

### SECTION II - INITIATE A FLAG

10. ☒ A FLAG IS INITIATED, EFFECTIVE  24 Oct 86 . FOR THE FOLLOWING REASON:

**NON-TRANSFERABLE**

☒ Adverse action (A)

☐ Elimination - field initiated (B)

☐ Removal from selection list - field initiated (C)

☐ Referred OER (D)

☐ Security violation (E)

☐ HQDA use only - elimination or removal from selection list (F)

**TRANSFERABLE**

☐ APFT failure (J)

☐ Weight control program (K)

### SECTION III - TRANSFER A FLAG

11. ☐ A FLAG IS TRANSFERRED FOR THE FOLLOWING REASON:

☐ Adverse action - HQDA directed reassignment (G)

☐ Adverse action - punishment phase (H)

☐ APFT failure (J)

☐ Weight control program (K)

☐ Supporting documents attached?    ☐ Yes    ☐ No

### SECTION IV - REMOVE A FLAG

12. ☐ A FLAG IS REMOVED, EFFECTIVE _____. FOR THE FOLLOWING REASON:

☐ Case closed favorably (C)

☐ Disciplinary action taken (D)

☐ Soldier transferred to a different Army component or discharged while case in process (destroy case file) (E)

☐ Other final action (E)

### SECTION V - AUTHENTICATION

DISTRIBUTION
1 - Unit Commander    1 - F&AO
1 - PSC    1 - Commander, gaining unit (transfer flag only)

| NAME, RANK, TITLE, AND ORGANIZATION | SIGNATURE | DATE |
|---|---|---|
| JOHN R. DAVIS, CPT, AR, Adjutant 2d Bn 80th Armor | John R. Davis | 25 Oct 86 |

**DA FORM 268, JUN 87**    EDITION OF 1 JAN 80 IS OBSOLETE.

Figure 2-1. Sample DA Form 268 to initiate a flag

## REPORT TO SUSPEND FAVORABLE PERSONNEL ACTIONS (FLAG)
For use of this form, see AR 600-8-2; the proponent agency is DCS, G-1

### SECTION I - ADMINISTRATIVE DATA

| 1. NAME (Last, First, MI) | 2. SSN | 3. RANK |
|---|---|---|
| Jones, Joseph C. | 979 - 60 - 7861 | E4 |

| 4. | 5. ETS/ESA/MRD |
|---|---|
| ☒ On active duty  ☐ Not on active duty  ☐ On ADT | 9 JAN 87 |

| 6. UNIT ASSIGNED AND ARMY MAJOR COMMAND | 7. STATION (Geographical location) |
|---|---|
| B Co., 2d BN 80th ARMOR — FORSCOM | FT. DEFENSE, VA |

8. PSC CONTROLLING FLAGGING ACTION AND TELEPHONE NUMBER
20th PERSONNEL SERVICE COMPANY    999 - 1234

9. THIS ACTION IS TO:

| ☐ Initiate a flag (Sections II and V only) | ☒ Transfer a flag (Sections III and V only) | ☐ Remove a flag (Sections IV and V only) |
|---|---|---|

### SECTION II - INITIATE A FLAG

10. ☐ A FLAG IS INITIATED, EFFECTIVE _____, FOR THE FOLLOWING REASON:

**NON-TRANSFERABLE**

☐ Adverse action (A)

☐ Elimination - field initiated (B)

☐ Removal from selection list - field initiated (C)

☐ Referred OER (D)

☐ Security violation (E)

☐ HQDA use only - elimination or removal from selection list (F)

**TRANSFERABLE**

☐ APFT failure (J)

☐ Weight control program (K)

### SECTION III - TRANSFER A FLAG

11. ☒ A FLAG IS TRANSFERRED FOR THE FOLLOWING REASON:

☐ Adverse action - HQDA directed reassignment (G)

☒ Adverse action - punishment phase (H)

☐ APFT failure (J)

☐ Weight control program (K)

☐ Supporting documents attached?   ☐ Yes   ☐ No

### SECTION IV - REMOVE A FLAG

12. ☐ A FLAG IS REMOVED, EFFECTIVE _____, FOR THE FOLLOWING REASON:

☐ Case closed favorably (C)

☐ Disciplinary action taken (D)

☐ Soldier transferred to a different Army component or discharged while case in process (destroy case file) (E)

☐ Other final action (E)

### SECTION V - AUTHENTICATION

DISTRIBUTION
1 - Unit Commander    1 - F&AO
1 - PSC    1 - Commander, gaining unit (transfer flag only)

| NAME, RANK, TITLE, AND ORGANIZATION | SIGNATURE | DATE |
|---|---|---|
| JOHN R. DAVIS, CPT, AR, Adjutant 2d BN 80th ARMOR | John R. Davis | 4 DEC 86 |

**DA FORM 268, JUN 87**    EDITION OF 1 JAN 80 IS OBSOLETE.

Figure 2–2. Sample DA Form 268 to transfer a flag

## REPORT TO SUSPEND FAVORABLE PERSONNEL ACTIONS (FLAG)
For use of this form, see AR 600-8-2; the proponent agency is DCS, G-1

### SECTION I - ADMINISTRATIVE DATA

| 1. NAME (Last, First, MI) | 2. SSN | 3. RANK |
|---|---|---|
| Jones, Joseph C. | 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 | E4 |

| 4. | | | 5. ETS/ESA/MRD |
|---|---|---|---|
| ☒ On active duty    ☐ Not on active duty    ☐ On ADT | | | 9 JAN 89 |

| 6. UNIT ASSIGNED AND ARMY MAJOR COMMAND | 7. STATION (Geographical location) |
|---|---|
| B Co., 2d Bn 80th Armor - FORSCOM | Ft. Defense, VA |

8. PSC CONTROLLING FLAGGING ACTION AND TELEPHONE NUMBER
20th Personnel Service Company     999-1234

9. THIS ACTION IS TO:

☐ Initiate a flag
(Sections II and V only)          ☐ Transfer a flag
(Sections III and V only)          ☒ Remove a flag
(Sections IV and V only)

### SECTION II - INITIATE A FLAG

10. ☐ A FLAG IS INITIATED, EFFECTIVE _____, FOR THE FOLLOWING REASON:

**NON-TRANSFERABLE**

☐ Adverse action (A)

☐ Elimination - field initiated (B)

☐ Removal from selection list - field initiated (C)

☐ Referred OER (D)

☐ Security violation (E)

☐ HQDA use only - elimination or removal from selection list (F)

**TRANSFERABLE**

☐ APFT failure (J)

☐ Weight control program (K)

### SECTION III - TRANSFER A FLAG

11. ☐ A FLAG IS TRANSFERRED FOR THE FOLLOWING REASON:

☐ Adverse action - HQDA directed reassignment (G)

☐ Adverse action - punishment phase (H)

☐ Supporting documents attached?    ☐ Yes    ☐ No

☐ APFT failure (J)

☐ Weight control program (K)

### SECTION IV - REMOVE A FLAG

12. ☒ A FLAG IS REMOVED, EFFECTIVE 27 JAN 87, FOR THE FOLLOWING REASON:

☐ Case closed favorably (C)

☒ Disciplinary action taken (D)

☐ Soldier transferred to a different Army component or discharged while case in process (destroy case file) (E)

☐ Other final action (E)

### SECTION V - AUTHENTICATION

DISTRIBUTION
1 - Unit Commander     1 - F&AO
1 - PSC                1 - Commander, gaining unit (transfer flag only)
1 - HQDA (only if soldier is on a HQDA selection list).

| NAME, RANK, TITLE, AND ORGANIZATION | SIGNATURE | DATE |
|---|---|---|
| JOHN R. DAVIS, CPT, AR, Adjutant 2d Bn 80th Armor | John R. Davis | 28 JAN 87 |

**DA FORM 268, JUN 87**     EDITION OF 1 JAN 80 IS OBSOLETE.

Figure 2–3. Sample DA Form 268 to remove a flag

# Chapter 3
# Managing Flagging Actions in SIDPERS

## Section I
## SIDPERS Transactions

### 3–1. General guidance
*a.* The battalion legal clerk prepares and manages SIDPERS FLAG transactions; the Bn S1 SIDPERS clerk submits the transactions into the personnel data base.

*b.* The FLAG transaction is used to initiate, delete, transfer, or remove a flag in the personnel data base.

*c.* Flags for APFT failure and weight control are automatically transferable to the new commander. Other flags, resulting from adverse actions, are non-transferable. The data base can reflect two flags simultaneously: One for a transferable reason (for example, APFT failure or weight control program) and one for a non-transferable reason (for example, an adverse action).

*d.* Record only one non-transferable reason code in the data base (that is, A, B, C, D, E, or F).

*e.* If a soldier is already flagged, do not submit a new flag transaction for the same reason code; it will not process.

### 3–2. Submitting the transaction
*a.* Use the following source documents:

(1) Completed DA Form 268, section II, to initiate a flag.

(2) Completed DA Form 268, section IV, to remove a flag.

(3) AAC–C27, Personnel Strength Zero Balance Report, to verify soldier's personal information for the transaction.

*b.* If a computer terminal is available, follow normal system log-on procedures. Select the SIDPERS input program and locate the FLAG transaction mnemonic. Access the FLAG transaction screen and enter data.

*c.* If a computer terminal is not available, code the transaction on a DA Form 3813. Slashes are not used as part of the control data, but they must be used to separate each action data element. End the transaction with a period (.).

### 3–3. Entering the control data
Enter the following control data for each transaction:

*a.* Date.

*b.* Mnemonic (not entered when using a terminal).

*c.* Name.

*d.* Social security number (SSN).

*e.* Originator code.

### 3–4. Entering action data for the initial flag
Enter the following action data to report the initiation of a flag:

*a.* To submit FLAG–1—

(1) Enter a one-character reason code. (See para 3–9.)

(2) Enter code A to indicate an initial flag.

(3) Enter the six-digit (YYMMDD) effective date.

*b.* To submit FLAG–2—

(1) Enter a one-character reason code. (See para 3–9.)

(2) Enter code A to indicate an initial flag.

*c.* To report two flags simultaneously, enter the same six-digit (YYMMDD) effective date as FLAG–1.

*d.* To report FLAG–2 after FLAG–1 is already in the data base, enter a later six-digit (YYMMDD) effective date.

### 3–5. Entering action data to delete an erroneous flag
*a.* FLAG–1. Enter the reason code already reflected in the data base and code Z to delete the erroneous flag. If you are using a DA Form 3813 and are reporting additional items, enter two slashes.

*b.* FLAG–2. If deleting a second flag, code the same as FLAG–1. (If using a DA Form 3813, enter a period after code Z.)

### 3–6. Entering action data to transfer a flag
*a.* Flags for APFT failure and weight control (reason codes J and K) require no action.

*b.* All others require action to remove the non-transferable reason code and initiate a new flag with reason code G or H.

### 3–7. Entering action data to remove a flag

Enter the following data to report the removal of a flag:

*a.* FLAG–1. Enter the reason code reflected in the data base and the correct Report code (C for favorable, D for unfavorable, or E for other).

*b.* FLAG–1. Enter the effective date of removal as a six-position date (YYMMDD).

### 3–8. Entering action data to report a delay in separation

Enter the following data to report a delay in separation:

*a.* In the control data, enter the transaction date (YYMMDD), mnemonic DSEP, five-position name, SSN, and your originator code.

*b.* In the action data area, enter the reason code F for flagged.

### 3–9. Reason and Report codes for a FLAG transaction

*a.* Use the following codes (table 3-1) for the reason data of the flag transaction:

**Table 3–1**
**Codes for the reason date of the flag transaction**

| Code | Reason |
|------|--------|
| A | Adverse action in accordance with paragraph 1–12a of this regulation. |
| B | Elimination—field initiated. |
| C | Removal from selection list—field initiated. |
| D | Referred OER. |
| E | Security violation. |
| F | Removal from selection list—HQDA initiated. |
| G | HQDA directed reassignment (adverse action). |
| H | Punishment phase (adverse action). |
| J | Army Physical Fitness Test failure. |
| K | Entry into the weight control program. |
| P | Commander's decision to block promotion to PV2, PFC, and SPC. |
| X | Other. |

*b.* Use the following codes (table 3-2) for the report data of the flag transaction:

**Table 3–2**
**Codes for the report data of the flag transaction**

| Code | Report |
|------|--------|
| A | Initial report |
| B | Interim report |
| C | Final report—favorable |
| D | Final report—unfavorable |
| E | Other final report |
| Z | Used to remove erroneous report |

**Section II**
**SIDPERS Management Reports**

**3–10. General guidance for the SIDPERS AAC–C95 report (Suspension of Favorable Personnel Actions Roster)**

*a.* The FLAG transaction updates the SIDPERS Personnel File (SPF). Therefore, every flagged soldier should be listed on the AAC–C95 report.

*b.* Local SIDPERS transactions update HQDA automated data bases. Therefore, each soldier on the AAC–C95 report will also be flagged on the HQDA Officer Master File/Enlisted Master File.

*c.* The date a soldier completed a previous weight control program remains on the AAC–C95 report for 36 months.

**3–11. Instructions for reviewing the SIDPERS AAC–C95 report**

*a.* The PSC personnel automation section will—

(1) Produce the AAC–C95 report monthly.

(2) Distribute four copies to the flagged records work center.

*b.* The flagged records work center will—

(1) Compare names on the AAC–C95 report against each MPRJ, if applicable, filed in the flagged records work center and take the following actions:

*(a)* Identify any names on the report for which no MPRJ, if applicable, is filed. Determine if the PSC received a DA Form 268 to initiate a flag. If so, file the MPRJ, if applicable, in the flagged records work center. If not, annotate the report.

*(b)* Identify MPRJ, if applicable, for which no name appears on the AAC–C95 report. Research to determine if the PSC received a DA Form 268 to remove the flag. If so, return the MPRJ, if applicable, to the officer records or enlisted records work center. If not, annotate the report.

*(c)* Identify any names on the report for which the MPRJ, if applicable, was transferred as the result of a DA Form 268 transferring the flag. Annotate the report.

(2) Forward three annotated copies of the AAC–C95 report to the Bn S1; suspense one copy for 7 calendar days from the date of dispatch.

(3) Upon receipt of returned Bn S1 copy of AAC–C95 report, identify any discrepancies. Take action to resolve them.

*c.* The Bn S1 will—

(1) Provide one copy of the AAC–C95 report to the Security Manager/S2 Officer.

(2) Compare names on the AAC–C95 report against file copies of DA Forms 268 and take the following actions:

*(a)* Submit FLAG transactions to remove names of soldiers who are on the report and are not flagged.

*(b)* Submit FLAG transactions to add names of flagged soldiers who should be on the report and are not.

*(c)* Identify cases that the commander should review.

*(d)* Annotate original AAC–C95 report with action taken and any recommendations.

(3) Forward annotated original AAC–C95 report to the unit.

(4) Upon return of annotated original AAC–C95 report from unit, take actions directed in the annotations.

(5) Return one annotated copy of the AAC–C95 report to the flagged records work center (within 3 working days of receipt) and reconcile discrepancies.

(6) Destroy previous month's AAC–C95 report.

*d.* The unit will—

(1) Review original copy of the AAC–C95 report.

(2) Determine which flags to remove. Annotate the report with the reason and effective date.

(3) Determine flags that should be initiated. Direct the Bn S1 to prepare them (see para 2–2).

(4) Return original copy of the AAC–C95 report, with annotations, to the Bn S1.

**3–12. General guidance for the SIDPERS AAC–C03 report (Weekly Report of AWOLs by Name)**

*a.* The AAC–C03 report is designed to monitor the status of soldiers who are AWOL, AWOL and confined in the hands of civilian authorities, or dropped from the roles as a deserter. Soldiers in these categories are reported to SIDPERS by using transaction mnemonic DYST and codes AWL, AWC, or DFR.

*b.* Every soldier reported to SIDPERS as AWL, AWC, or DFR must also be flagged. This requires the submission of a DA Form 268 and SIDPERS FLAG transaction.

**3–13. Instructions for reviewing the AAC–C03 report**

*a.* The PSC personnel automation section will—

(1) Produce the AAC–C03 report weekly.

(2) Distribute four copies to the flagged records work center.

*b.* The flagged records work center will—

(1) Compare the AAC–C03 report against the most recent AAC–C95 report. Annotate any discrepancies on both reports.

(2) Compare the AAC–C03 report against each MPRJ, if applicable, in the flagged records work center and take the following actions:

*(a)* Identify names on the report for which no MPRJ, if applicable, is filed. Determine if the PSC received a DA Form 4187 for a DYST change (AWL, AWC, or DFR) and a DA Form 268 that initiated the flag. If so, file the MPRJ, if applicable, in the flagged records work center. If not, annotate the report.

*(b)* Identify MPRJ, if applicable, for which no name appears on the AAC–C03 report. Determine if the PSC received a DA Form 4187 for a DYST change (AWL, AWC, or DFR) to any other DYST and a DA Form 268 to remove the flag. If so, return the MPRJ, if applicable, to the proper records work center (officer or enlisted). If not, annotate the report.

*(c)* Identify names on the report for which the MPRJ, if applicable, was transferred as an item of a DFR packet. Annotate the report.

(3) Forward three annotated copies of the AAC–C03 report to the Bn S1; suspense one copy for 3 working days from the date of dispatch.

(4) Upon receipt of returned Bn S1 copy of the AAC–C03 report, identify any discrepancies. Take actions to resolve them.

*c.* The Bn S1 will—

(1) Provide one copy of the AAC–C03 report to the security manager/S2 officer.

(2) Compare names on the AAC–C03 report against names on the AAC–C95 report and take the following actions:

*(a)* Submit DA Form 268 for each soldier whose name appears on the AAC–C03 report but not on the AAC–C95 report.

*(b)* Submit SIDPERS FLAG transaction for each soldier whose name appears on the AAC–C03 report but not on the AAC–C95 report. Verify that a DA Form 4187 for a DYST change (AWL, AWC, or DFR) was submitted; if not, prepare the form.

*(c)* Identify soldiers whose names appear on the AAC–C95 report with reason code A (AWOL) but are not on the AAC–C03 report. Annotate the AAC–C03 report.

*(d)* Identify cases that the commander should review.*(e)* Annotate original AAC–C03 report with action taken by the Bn S1 and any recommendations resulting from Bn S1 review of the report.

(3) Forward annotated original copy of the AAC–C03 report to the unit.

(4) Upon return of original AAC–C03 report from the unit commander, compare it again with the AAC–C95 report. Take actions directed in the annotations.

(5) Retain one annotated copy of the AAC–C03 report (for daily update).

(6) Return one annotated copy of the AAC–C03 report to the flagged records work center within 3 working days of receipt. (7) Destroy previous month's AAC–C03 report.

*d.* The unit will—

(1) Review annotated original copy of the AAC–C03 report and take the following actions:

*(a)* Determine whether soldier's duty status has changed. If so, annotate the report with new duty status and effective date.

*(b)* Determine which names were reported erroneously. Annotate the names for deletion with the correct duty status.

*(c)* Determine names that should be added. Annotate the report with the names, duty status, and effective date.

(2) Return annotated original copy of AAC–C03 report to the Bn S1.



Figure 3–1. Explanation of items on the SIDPERS AAC–C95 report

```
        (1)              (2)                           (3)                          (4)    (5)   (6)
PREPARED YY MMM DD  PCN  AAC-C03          WEEKLY REPORT OF AWOLS BY NAME        CD YY MMM DD SCN XX PAGE 1
        (7)              (8)      (9)        (10)      (11)      (12)     (13)      (14)        (15)
UNIT XXXXXXXXXXXXXXXX  MC XX  DA CODES-ASG XX STATUS XX AREAX XXX UIC X XXX XX UPC XXXXX ANALYST X  REPORT SEQ CODE XXX

    (16)
PPA XX

                                              (20)                       (22)
                                          DATE AWOL/DFR            FIELD DETERMINED
            (17)            (18)    (19)      YY MMM DD      (21)   PERSONNEL SECURITY       (23)
            NAME            SSN     GRD                   CITIZENSHIP      STATUS        DUTY STATUS

    XXXXXXXXXXXXXXXXXX   XXX-XX-XXXX  XXX    XX XXX XX   XXXXXXXXXX    XXXXXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXX
    XXXXXXXXXXXXXXXXXX   XXX-XX-XXXX  XXX    XX XXX XX   XXXXXXXXXX    XXXXXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXX
    XXXXXXXXXXXXXXXXXX   XXX-XX-XXXX  XXX    XX XXX XX   XXXXXXXXXX    XXXXXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXX
    XXXXXXXXXXXXXXXXXX   XXX-XX-XXXX  XXX    XX XXX XX   XXXXXXXXXX    XXXXXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXX
    XXXXXXXXXXXXXXXXXX   XXX-XX-XXXX  XXX    XX XXX XX   XXXXXXXXXX    XXXXXXXXXXXXX   XXXXXXXXXXXXXXXXXXXXX

        (24)
    UNIT TOTALS         AWOL - XXXXX      DFR - XXXXX
```

**Explanation of items on the SIDPERS AAC–C03 report**

(1) Date report was prepared.
(2) Production control number.
(3) Title of the report.
(4) Cycle date ("as of" date).
(5) Shipment control number.
(6) Page number of the report.
(7) The unit name.
(8) Mail code of supporting Personnel Service Company/Center.
(9) Major command of this unit.
(10) Status of Active Army units, personnel, and equipment.
(11) Identifies the location of the unit.
(12) Unit identification code.
(13) Unit processing code.

(14) Identifies PAS analyst supporting this unit.
(15) Report sequence code; PAS groups units in desired sequence for producing reports.
(16) PERSINS processing activity code.
(17) Soldier's name.
(18) Social security number.
(19) Soldier's grade of rank.
(20) Date soldier was reported AWOL or DFR.
(21) Soldier's citizenship.
(22) Degree of access to classified information soldier held prior to AWOL/DFR status.
(23) Soldier's current duty status.
(24) Total number of soldiers by category of AWOL and DFR.

Figure 3–2. Explanation of items on the SIDPERS AAC–C03 report

## Appendix A
## References

**Section I**

**AR 600–8**
Military Personnel Management. (Cited in para 1–1.)

**Section II**
**Related Publications**
A related publication is a source of additional information. The user does not have to read a related reference to understand this publication.

**AR 27–10**
Military Justice

**AR 40–68**
Clinical Quality Management

**AR 600–85**
Army Substance Abuse Program (ASAP)

**Title 18, United States Code**
Crimes and Criminal Procedures. (Available at http://www.access.gpo.gov/uscode/)

**UCMJ**
Articles 15, 94, 104, 106, 133, and 134. (Available at http://www.army.mil/references/usmj.)

**Section III**
**Prescribed Forms**
DA Forms are available on the U.S. Army Publishing Directorate Web site (http://www.apd.army.mil).

**DA Form 268**
Report to Suspend Favorable Personnel Actions (Flag). (Prescribed in paras 2–2, 2–4, 2–6, 2–8, and 2–10.)

**Section IV**
**Referenced Forms**

**DA Form 2A**
Personnel Qualification Record, Part I—Enlisted

**DA Form 201**
Military Personnel Records Jacket, U.S. Army

**DA Form 543**
Request for Records

**DA Form 3813**
SIDPERS Input and Control Data—Personnel/Organizational Change (Key Punch)

**DA Form 4037**
Officer Record Brief

**DA Form 4187**
Personnel Action

**DA Form 5118–R**
Reassignment Eligibility Checklist

**DA Form 5248–R**
Report of Unfavorable Information or Suspension of Access

**Glossary**

**Section I**
**Abbreviations**

**AD**
active duty

**ADT**
active duty for training

**AGR**
Active Guard/Reserve

**AHRC**
Army Human Resources Command

**APFT**
Army Physical Fitness Test

**ARNG**
Army National Guard

**ARPERCEN**
U.S. Army Reserve Personnel Center

**ASIMS**
Army Standard Information Management System

**AWC**
SIDPERS mnemonic, absent without leave (AWOL) and confined in the hands of civilian authorities

**AWL**
SIDPERS mnemonic, absent without leave

**AWOL**
absent without leave

**BASOPS**
base operations

**Bn S1**
Battalion S1

**CCF**
U.S. Army Central Personnel Security Clearance Facility

**C & S**
command and staff

**DFR**
dropped from rolls

**DPI**
data processing installation

**DSEP**
SIDPERS mnemonic, delay in separation

**DYST**
SIDPERS mnemonic, duty status

**EB**
enlistment bonus

**EER**
Enlisted Evaluation Report

**EMF**
enlisted master file

**ESA**
expiration of service agreement

**ETS**
expiration term of service

**FAO**
Finance and Accounting Office

**FDPS**
field determined personnel security status

**FLAG**
SIDPERS mnemonic, suspension of favorable personnel actions (flag)

**GCMCA**
General Court-Martial Convening Authority

**HQDA**
Headquarters, Department of the Army

**IRR**
Individual Ready Reserve

**MPRJ**
Military Personnel Records Jacket, U.S. Army

**MRD**
mandatory release date

**MS3**
Manpower Staffing Standards System

**ODCS, G-1**
Office of the Deputy Chief of Staff, G-1

**OER**
Officer Evaluation Report

**OMF**
officer master file

**OMPF**
official military personnel file

**ORB**
officer records brief

**PAC**
Personnel and Administration Center

**PAS**
Personnel Automation Section

**PCS**
permanent change of station

**PERSINS**
Personnel Information Systems

**POC**
point of contact

**PS**
personnel support

**PSC**
Personnel Service Company, Personnel Service Center

**REFRAD**
release from active duty

**SADT**
special active duty for training

**SIDPERS**
Standard Installation/Division Personnel System

**SPF**
SIDPERS personnel file

**SRB**
selective reenlistment bonus

**SSN**
social security number

**STARNET**
Sustaining Army (base) Network

**TACCS**
Tactical Army Combat Service Support Computer System

**TDA**
table of distribution and allowances

**TOE**
table of organization and equipment

**TPU**
troop program unit

**TTAD**
temporary tour of active duty

**UCMJ**
Uniform Code of Military Justice

**USAR**
U.S. Army Reserve

**USAEREC**
U.S. Army Enlisted Records and Evaluation Center

**USAREUR**
United States Army, Europe

**UTL**
unit transmittal letter

**VIABLE**
Vertical Installation Automation Baseline

**Section II**
**Terms**

**Branch proponent**
Commandant of a branch service school who is responsible for developing battlefield doctrine and procedures and for developing and conducting training.

**Flag**
An abbreviated term used to describe the initiation or removal of a suspension of favorable personnel actions.

**Function**
A military personnel function that is the basis for single-source regulations. Functions subdivide military personnel operations in the field into manageable segments.

**Functional proponent**
A person, usually in a field operating agency, responsible for actually writing a functional regulation. Serves as product manager to integrate each functional area regulation.

**Operating task**
Smallest unit of work activity that has meaning to the performer. It has a beginning and an end and can be observed and measured.

**Policy**
A general statement governing objectives of a functional area (within the purview of the ODCSPER policy proponent).

**Policy proponent**
A person on the HQDA or higher staff responsible for developing the policy statements that drive each regulation.

**Principle of support**
A fundamental objective associated with each function. They specify reason for and source of manpower; for example, to operate a promotion system. Principles of support are applicable in peace or war.

**Rule**
A guideline for performing a specific task. Rules are associated with specific tasks and are maintained by the functional proponent.

**Standards of service**
Statements describing how much or how well the Army expects to do the work. The intent is to describe, for the senior leaders, those major standards that drive the manpower cost in the field. Separate sets of standards exist for peace and for war.

**Step**
The sequential subdivision of a task. It describes work at a level of detail allowing execution.

**Work center**
A clearly defined organizational element recognized by MS3 as the basis for manpower requirements.

**Section III**
**Special Abbreviations and Terms**
There are no special terms.



ELECTRONIC PUBLISHING SYSTEM
OneCol FORMATTER WIN32 Version 219

PIN:            062519–000
DATE:           12-23-04
TIME:           10:34:51
PAGES SET:      30

DATA FILE:      C:\wincomp\r600-8-2.fil
DOCUMENT:       AR 600–8–2

SECURITY:
DOC STATUS:  REVISION