IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DEBRA L. SMITH** <br> P.O. BOX 11655 <br> Overland Park, KS 66207 <br><br> Plaintiff, <br><br> v. <br><br> **SECRETARY OF THE ARMY** <br> **FRANCIS J. HARVEY** <br> The Pentagon <br> Washington, D.C. 20318 <br><br> Defendant. | Civil Action No. 06-1117 (RWR) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895  / FAX 202-514-8780

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail; postage prepaid to:

DEBRA L. SMITH
P.O. BOX 11655
Overland Park, KS 66207

on this _____ day of July, 2006.

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780