UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**DEBRA SMITH,**                    )
                                    )
    **Plaintiff,**           )
                                    )
  v.                              )   Civil Action No. 06-1117 (RWR)
                                    )
**FRANCIS J. HARVEY,**              )
                                    )
    **Defendant.**          )
_____ )

### ORDER

Plaintiff moves for appointment of counsel by the court. Although plaintiff is proceeding *pro se*, she has not sought or been granted permission to proceed *in forma pauperis*. If plaintiff is granted leave to proceed *in forma pauperis* in the future, she will be free to refile her motion for appointment of an attorney and fully address in it the factors listed in Local Civil Rule 83.11(a)(4)(B):

    (i)      the nature and complexity of the action;

    (ii)     the potential merit of the claims as set forth in the pleading;

    (iii)    the inability of the *pro se* party to retain counsel by other means;

    (iv)     the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel; and

    (v)      any other factors deemed appropriate by the judge to serve the interests of justice.

- 2 -

Local Civil Rule 83.11(a)(4)(B).  Accordingly, it is hereby

    ORDERED that plaintiff's motion [6] for appointment of counsel be, and hereby is, DENIED.

    SIGNED this 19th day of July, 2006.

```
                         /s/
              RICHARD W. ROBERTS
              United States District Judge
```