IN THE UNITED STATES DISTRICT OF COLUMBIA DISTRICT COURT

Debra L. Smith )
PO Box 11655 )
Overland Park, KS 66207 )
913-226-2961 )
                    Plaintiff, )
                               ) No. 06-1117 (RWR)
v. )
                               )
Secretary of the Army )
Francis J. Harvey )
The Pentagon )
Washington, DC 20318 )
                 Defendant, )

RECEIVED
JUL 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION

### Request for waiver of fees in regard to Pacer System

#### Jurisdiction

1. This Court has jurisdiction under 28 U.S.C. § 1331 Federal Question and the Administrative Procedure Act, 5 U.S.C. § 702 et. seq.

#### Parties

2. I am the Plaintiff, Debra L. Smith. I am filing pro se.

3. Defendant is the Secretary of the United States Army.

#### Request

1. I, the plaintiff, am requesting the court waive all fees I might incur by using the Pacer System found on www.pacer.uscourts.gov.

2. I am filing pro se, am unemployed, and please ask that the courts grant my request. Viewing my case via the Pacer System will relieve some of the calls I make to the court clerk.



Additionally, I was told by the Clerk's office that it is the only way I can see the judge's rulings and opinions.

Very Respectfully,

*Debra L. Smith*

Debra L. Smith
Major, US Army Reserves, Individual Ready Reserves
PO Box 11655
Overland Park, KS 66207
913-226-2961