UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEBRA L. SMITH,<br>    Plaintiff | )<br>)<br>) | |
| vs. | )<br>) | Civil Action No. 06-1117 (RWR) |
| SECRETARY OF THE ARMY<br>FRANCIS J. HARVEY<br>    Defendant. | )<br>)<br>)<br>) | |

**ORDER**

This matter comes before the Court on Defendant's Motion to Dismiss. Based upon the motion, the opposition thereto, and the entire record herein, it is this ____ day of _____, 20___ hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that judgment shall be entered for Defendant, and that this matter is hereby DISMISSED.

This is a final, appealable order.

SO ORDERED.

                                                                          _____
                                                                          RICHARD W. ROBERTS
                                                                          United States District Judge

Copies to:
DEBRA L. SMITH
P.O. Box 11655
Overland Park, KS 66207

Defendant via ECF