UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
DEBRA SMITH,                   )
                               )
        Plaintiff,             )
                               )
    v.                         )    Civil Action No. 06-1117 (RWR)
                               )
FRANCIS J. HARVEY,             )
                               )
        Defendant.             )
_____)
```

### ORDER

Defendant has moved to dismiss the complaint. Because the defendant has filed a motion which could potentially dispose of this case, the Court will advise the *pro se* plaintiff of her obligations under the Federal Rules of Civil Procedure and the rules of this Court. See Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988); Ham v. Smith, 653 F.2d 628 (D.C. Cir. 1981); Hudson v. Hardy, 412 F.2d 1091 (D.C. Cir. 1968).

The plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within ... such ... time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion.  If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

Local Civil Rule 7(b).

Additionally, the plaintiff is directed to Rule 6(e) of the Federal Rules of Civil Procedure which provides:

-2-

> Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party by mail, 3 days shall be added to the prescribed period.

Fed. R. Civ. P. 6(e).

The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendant's motion in this case carries with it the risk that the case will be dismissed. It is therefore hereby

ORDERED that plaintiff shall file her response to the defendant's motion to dismiss the complaint no later than October 10, 2006. If plaintiff does not timely respond, the Court may treat the motion as conceded and dismiss the complaint.

SIGNED this 6th day of September, 2006.

```
                              /s/
                    RICHARD W. ROBERTS
                    United States District Judge
```