

# Department of Defense
# DIRECTIVE

NUMBER 1332.30

March 14, 1997

Certified Current as of December 1, 2003

USD(P&R)

SUBJECT:  Separation of Regular and Reserve Commissioned Officers

References:  (a)  DoD Directive 1332.30, "Separation of Regular Commissioned
               Officers," December 21, 1993 (hereby canceled)
           (b)  Title 10, United States Code
           (c)  DoD Instruction 1332.40, "Separation Procedures for Regular and
               Reserve Commissioned Officers," September 16, 1997
           (d)  Title 32, United States Code


1. REISSUANCE AND PURPOSE

This Directive:

   1.1.  Reissues reference (a).

   1.2.  Continues to implement Chapter 60 and Section 630 of reference (b) to
update policy and responsibilities for the administrative separation of commissioned
officers of the Regular Army, Regular Navy, Regular Air Force, or Regular Marine
Corps for substandard performance of duty, an act or acts of misconduct, moral or
professional dereliction, in the interest of national security, and for the discharge of
regular commissioned officers with less than 5 years active commissioned service in
certain circumstances.

1.3.  Implements Reserve component policies and responsibilities resultant from subtitle E, Sections 14503, 14902, 14903, 14904, 14905, 14906, and 14907 of reference (b) governing the administrative separation of Reserve commissioned officers for substandard performance of duty, an act or acts of misconduct, moral or professional dereliction, in the interest of national security, and for the discharge of commissioned officers with less than 5 years of Reserve commissioned service in an active status in certain circumstances.

2.  APPLICABILITY AND SCOPE

This Directive:

2.1.  Applies to the Office of the Secretary of Defense and to the Military Departments.  The term "Military Services," as used herein, refers to the Army, the Navy, the Air Force, and the Marine Corps.

2.2.  Applies to commissioned officers of the Military Services.

2.3.  Does not apply to commissioned warrant officers and retired commissioned officers of the Military Services.

3.  DEFINITIONS

Terms used in this Directive are defined in enclosure 1.

4.  POLICY

It is DoD policy:

4.1.  To promote the readiness of the Military Services by maintaining high standards of conduct and performance.  An individual is permitted to serve as a commissioned officer in the Military Services because of the special trust and confidence the President and the United States have placed in his or her patriotism, valor, fidelity, and competence.  Commissioned officers are expected to display responsibility commensurate to that special trust and confidence and to act with the highest integrity at all times.

*DODD 1332.30, March 14, 1997*

4.2.  To judge the suitability of persons to serve in the Armed Forces on the basis of their conduct and their ability to meet required standards of duty performance and discipline.

4.3.  To separate from Military Service those commissioned officers who shall not or cannot:

   4.3.1.  Meet rigorous and necessary standards of duty, performance, and discipline.

   4.3.2.  Maintain those high standards of performance and conduct through appropriate actions that sustain the traditional concept of honorable Military Service.

4.4.  That notwithstanding any other provision of this Directive, the Secretaries of the Military Departments concerned may discharge officers on the Active Duty List or the Reserve Active Status List with less than 5 years commissioned service from a Military Service when there is a need to reduce the number of officers in that Service to meet budgetary or force size requirements.  DoD Instruction 1332.40 (reference (c)), enclosure 6, does not apply to the discharge of probationary officers under this authority.

4.5.  That all commissioned officers of the Army National Guard or the Air National Guard not on active duty, including officers who have been released from active duty for cause and returned to the control of the State, are subject to withdrawal of Federal recognition under Section 323 of 32 U.S.C. (reference (d)) rather than the procedures in reference (c).  The Secretary of the Army and the Secretary of the Air Force shall prescribe regulations implementing Section 323 of reference (d).  All officers considered for withdrawal of Federal recognition under Section 323 of reference (d) shall receive an efficiency board.  In accordance with Section 14907(b) of 10 U.S.C. (reference (b)), an officer of the Army National Guard of the United States or the Air National Guard of the United States whose Federal recognition as an officer of the National Guard is withdrawn under Section 323(b) of 32 U.S.C. (reference (d)) shall be discharged from the officer's appointment as a Reserve officer of the Army or the Air Force, as applicable.

4.6.  That the Under Secretary of Defense for Personnel and Readiness (USD(P&R)), in coordination with the Secretaries of the Military Departments, shall ensure that officers separated under this Directive are fully informed of assistance available from the Department of Defense to assist them in the transition to civilian life.

5. <u>RESPONSIBILITIES</u>

    5.1.  The <u>Under Secretary of Defense for Personnel and Readiness</u> shall ensure compliance with this Directive.

    5.2.  The <u>Secretaries of the Military Departments</u> shall:

        5.2.1.  Prescribe regulations consistent with the policy in section 4., above, and the procedures established in DoD Instruction 1332.40 (reference (c)).

        5.2.2.  Address any recommendations for policy changes in this Directive to the USD(P&R).

6. <u>EFFECTIVE DATE</u>

This Directive is effective immediately.

<br>

John P. White
Deputy Secretary of Defense

<br>

Enclosures - 1
    E1.  Definitions

*DODD 1332.30, March 14, 1997*

## E1.   ENCLOSURE 1

### DEFINITIONS

E1.1.1.   Active Commissioned Service.   Service on active duty or full-time National Guard duty as a commissioned officer in a grade above warrant officer.

E1.1.2.   Active Duty List.   A single list for the Army, the Navy, the Air Force, or the Marine Corps that is required to be maintained under Section 620 of 10 U.S.C. (reference (b)) and that contains the names of all officers of that Military Service other than officers described in Section 641 of reference (b) who are serving on active duty.

E1.1.3.   Active Status.   The status of a Reserve commissioned officer, other than a commissioned warrant officer, who is not in the inactive Army National Guard or the inactive Air National Guard, on an inactive status list, or in the Retired Reserve.

E1.1.4.   Commissioned Officer.   An officer in any of the Military Services who holds a grade and office under a commission signed by the President, and who is appointed as a Regular or Reserve officer.   It does not include a commissioned warrant officer or a retired commissioned officer.

E1.1.5.   Nonprobationary Commissioned Officer.   A commissioned officer other than a probationary commissioned officer.

E1.1.6.   Probationary Commissioned Officer.   A commissioned officer on the Active Duty List with less than 5 years of active commissioned service.   A Reserve commissioned officer with less that 5 years of commissioned service.   However, a Reserve commissioned officer serving on the Reserve Active Status List before October 1, 1996, who was in a probationary status prior to that date, shall be a probationary commissioned officer for a period of 3 years from the date of his or her appointment as a Reserve commissioned officer.

E1.1.7.   Reserve Active Status List.   A single list for the Army, the Navy, the Air Force, or the Marine Corps, required to be maintained under Section 14002 of reference (b), which contains the names of all officers of that Armed Force, except warrant officers (including commissioned warrant officers) who are in an active status in a Reserve component of the Army, the Navy, the Air Force, or the Marine Corps and are not on an Active Duty List.

E1.1.8.   Separation.   Discharge, retirement, or resignation.