UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

SEP 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| DEBRA L. SMITH )<br>   Plaintiff )<br> )<br> )<br>vs. )<br> )<br>SECRETARY OF THE ARMY )<br>FRANCIS J. HARVEY )<br>   Defendant ) | Civil Action No. 06-1117 (RWR) |

### REQUEST TO BLACK OUT PLAINTIFF'S SOCIAL SECURITY NUMBER ON DOCKET #20, PLAINTIFF'S OPPOSITION TO THE DEFENDANT'S MOTION TO DISMISS

1. I request that the Honorable Court and Judge please use the attached documents, in place of the documents I previously submitted, as the *exhibits* to my opposition to the Defendant's Motion to Dismiss. I forgot to mark out my Social Security Number on the document I originally submitted.

2. I request that the Court please continue to use, and not redact, the main document I originally submitted as my opposition to the Defendant's Motion to Dismiss.

Thank you very much.

Respectfully submitted,

*Debra L Smith*

Debra L. Smith
PO Box 11655
Overland Park, KS 66207
913-226-2961 phone

**Soldier Data**

Date of Birth: 1969/06/04
Current Org.: USAR CONTROL GROUP (REINFORCEMENT)
Grade: MAJ
Date of Rank: 2003/07/17
Marital Status: SINGLE
Dependents: 00
Date Entry Mil Svc: 1991/06/01
Branch: MILITARY POLICE
Volunteer Status:

*I'm in Control group now* DLS

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
1 RESERVE WAY
ST. LOUIS, MO 63132-5200

AHRC-RSWDO1-07-0124                                                   18 FEB 2006
ORDERS  C-02-603993

SMITH DEBRA LYNN                    RSWDO1-07-0124    MAJ MP 31A
5331 W. 121ST TERRACE #221                            USAR CONTROL GROUP (IMA)
OVERLAND PARK KS 66209

*[handwritten: Individual Mobilization Augmentee]*

YOU ARE REASSIGNED IN THE RESERVE AS INDICATED BELOW.

RELEASED FROM: MOB TDA/TOE: MTW1M4AA    POSN NBR: 002 11 0001
   POSN TITLE: PORT SCTY OFF         GRADE: MAJ  SKILL: 31A00
   TDA/TOE UNIT: 834TH US ARMY TRANSPORTATION BATTALION
       1807 PEARL ST BLDG IA CONCORD CA 94626
REASON: PERSONNEL SECURITY PROGRAM
ASSIGNED TO: USAR CONTROL GROUP (REINF) —>
EFFECTIVE DATE: 12 FEB 2006
ADDITIONAL INSTRUCTIONS: SEC CLR: SUSPENDED
   DOB: 19690604  DORRES: 20030717  PEBD: 19910601

*[handwritten: Individual Ready Reserve is what I'm in now, just like I was from February 1999 – May 2003.]*

AUTHORITY: AR 140-145
FORMAT: 450

*************                      DEBRA A. COOK
*   AHRC    *                      COL, MS
*  OFFICIAL *                      COMMANDING
*************

DISTRIBUTION: I5
1 834TH US ARMY TRANSPORTAT 1807 PEARL ST BLDG IA CONCORD CA 94626

*[handwritten: Exhibit 1]*

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
1 RESERVE WAY
ST. LOUIS, MO 63132-5200

ARPC-PLM-I                                                    23 OCT 2003
ORDERS  M-10-302646

SMITH DEBRA LYNN              PLM-P              MAJ MP ████████
5331 W 121 ST TERRACE  APT221                    31A
OVERLAND PARK KS 66209                           USAR CONTROL GROUP (IMA)

*[handwritten: I'm was in Control group before I mobilized. DLS]*

PURSUANT TO PRESIDENTIAL EXECUTIVE ORDER OF 14 SEP 2001, YOU ARE RELIEVED
FROM YOUR PRESENT RESERVE COMPONENT STATUS AND ARE ORDERED TO ACTIVE DUTY.
PROCEED FROM YOUR CURRENT LOCATION IN SUFFICIENT TIME TO REPORT BY THE DATE
SPECIFIED. IF UPON REPORTING FOR DUTY YOU FAIL TO MEET DEPLOYMENT MEDICAL
STANDARDS BASED ON A TEMPORARY PROFILE OR TEMPORARY MEDICAL CONDITION, YOU
MAY BE RELEASED FROM ACTIVE DUTY AND RETURNED HOME, SUBJECT TO A SUBSEQUENT
ORDER TO ACTIVE DUTY UPON RESOLUTION OF THE TEMPORARY PROFILE OR CONDITION.
REPORT TO: W7UT06 FT BENNING (706)5446500
   BLDG 9016, KELLY HILL FT BENNING GA 31905
REPORT DATE: NO LATER THAN 03 MAR 2004 BUT NO EARLIER THAN 29 FEB 2004
PERIOD OF ACTIVE DUTY: NOT TO EXCEED 365 DAYS UNLESS EXTENDED OR
   TERMINATED BY PROPER AUTHORITY
PURPOSE: PARTIAL MOBILIZATION - OPERATION ENDURING FREEDOM    (OPEFO14)
ASSIGNED TO: W4FGAA       USAE HQ CENTRAL COMM
   7115 S BOUNDARY BLVD MACDILL AFB FL 33608
ADDITIONAL INSTRUCTIONS: FAILURE TO REPORT MAY SUBJECT YOU TO UCMJ ACTION.
   TRANSPORTATION OF DEPENDENTS AND HOUSEHOLD GOODS IS NOT AUTHORIZED. STORAGE
   OF HOUSEHOLD GOODS IS AUTHORIZED. POV AUTHORIZED NOT TO EXCEED CONSTRUCTIVE
   COST OF TRAVEL IAW JFTR PARA U3310. MAKE YOUR COMMERCIAL TRAVEL ARRANGEMENTS
   BY CALLING 1-800-288-5042. (FEMALES ONLY: IF YOU ARE PREGNANT DO NOT REPORT;
   CALL AR-PERSCOM TO REPORT YOUR STATUS AND TO REQUEST DEFERMENT, DELETION OR
   MEDICAL GUIDANCE.) SEE PAGE 2 FOR STANDARD MOBILIZATION INSTRUCTIONS.
   PERFORMING IN A TEMPORARY DUTY STATUS. TRAVEL ADVANCE ISSUED BY DFAS-IN. TVL
   VOUCHER MUST HAVE SIGNATURE/DATE IN BLOCKS 20C/20D. FAX TVL VOUCHER TO:
   317-510-4351 OR 3966; OR MAIL TO: DFAS-IN (CONTINGENCY OPS), DEPT 3700, 8899
   E 56TH ST, INDIANAPOLIS, IN 46249-3700.

FOR ARMY USE:    AUTHORITY: 10 USC 12302   *[handwritten: → 10 USC 12302]*
ACCT CLAS: 2142010.0000 01-1100 P1W1C00 11**/12** VFRE
           F3203 5570 S12120
           2142020.0000 01-1100 P135198 21**/22**/25** VFRE
           F3203 5570 S99999
           SDRN: SMI6834TE02646

SEX: F    PMOS/AOC/ASI/LIC: 31A            SCTY CL: SECRET
MDC:      PEBD: 01 JUN 1991   DOR: 17 JUL 2003   COMP: USAR      USARMG: 07

FORMAT: 163

BY ORDER OF THE SECRETARY OF THE ARMY:

***************
*    AHRC    *                    DEBRA A. COOK
*  OFFICIAL  *                    COL, MS
***************                   COMMANDING

DISTRIBUTION: M1        PACKET: 6M
1 FT BENNING (706)5446500 BLDG 9016, KELLY HILL FT BENNING GA 31905

*[handwritten: Exhibit 1]*



**DEPARTMENT OF THE ARMY**
U.S. TOTAL ARMY PERSONNEL COMMAND
9700 PAGE AVENUE
ST. LOUIS MO 63132-5200

REPLY TO
ATTENTION OF

TAPC-OPD-RA

17 February 1999

MEMORANDUM FOR

CPT Debra Lynn Smith, ███████████
607 Carroll Drive
Lee's Summit, MO  64063

A- MP-USAR
B- 31A
C-
D- AR 135-100

SUBJECT: ~~Appointment as a Reserve Commissioned Officer of the Army Under Title 10, USC 12201 and 12203~~

*[handwritten in margin: I've never received any other letter changing my status in any way. DLS]*

1. The Secretary of the Army has directed that you be informed that by direction of the President, you are appointed a Reserve commissioned officer of the Army, effective on your acceptance, in the grade and with the social security number shown in the address above. Your branch and component are shown after A above.

2. The appointment is for an indefinite term.

3. Execute the enclosed form for oath of office and return promptly to this headquarters, ATTN: TAPC-OPD-RA. Your execution and return of the oath of office constitutes your acceptance of appointment. Prompt action is requested since cancellation of this appointment is required if acceptance is not received within 90 days or as otherwise prescribed. On receipt of the properly executed oath of office, a commission (DD Form 1A) will be forwarded to you. If you do not desire to accept appointment, return this letter with your statement of declination thereon.

4. Your primary Speciality Skill Identifier (SSI) is shown after B (when applicable). The Army regulation pertaining to your appointment is shown after C. If you have been credited with "years of service in an active status" the number of years, months, and days is shown after D (applies only to Chaplains, Medical personnel and the Judge Advocate General's Corps). This service is not valid for pay entry basic date (see DODPM para 10102, for Medical and Dental Corps personnel) and it is not the result of prior military service.

5. After acceptance of this appointment, any change in your permanent home address or a temporary change of address of more than 30 days duration will be reported by you to the custodian of your military personnel records.

6. You may not resign your Reserve status until completion of a total of 8 years service.

DATE OF ACCEPTANCE  *17 FEB 99*
EFFECTIVE DATE  *18 FEB 99*

FOR THE COMMANDER:

*[signature]*
JAMES R. PETERSON
Chief, Appointments

Encl
OMPF     FIELD FILE
TAPC-OPD-RA

TAPC-SL-FL 1026b, Jun 95 (Prior editions are obsolete.)

*[handwritten: Exhibit 1]*

DEPARTMENT OF THE ARMY
U.S. ARMY RESERVE PERSONNEL COMMAND
1 RESERVE WAY
ST. LOUIS, MO 63132-5200

ARPC-PLS4-0000                                                                 18 OCT 2002
ORDERS   T-10-214306

SMITH DEBRA LYNN                    PLS4-0000            CPT MP 31A  ███████
5331 WEST 121 TERR APT221                                USAR CONTROL GROUP (REINF)
OVERLAND PARK KS 66209

*I volunteered for that tour.*

YOU ARE ORDERED TO ACTIVE DUTY FOR TRAINING (ADT) FOR THE PERIOD SHOWN. ON
COMPLETION OF THE PERIOD OF ADT, UNLESS SOONER RELEASED OR EXTENDED BY PROPER
AUTHORITY, YOU WILL RETURN TO THE PLACE WHERE YOU ENTERED ADT.

PERIOD: 179 DAYS PLUS ALLOWABLE TRAVEL TIME
REPORT TO: FMSO, 101 MEADE AVE.
   FT LEAVENWORTH KS 66027
REPORTING DATE: RPT BETWEEN 0730 & 0800 HRS. 21 OCT 2002
ATTACHED TO: DCG-CAC CAT FT LEAVENWORTH KS 66027
PURPOSE: 03IG FRA INSCOM

ADDITIONAL INSTRUCTIONS: YOU ARE ATCHD FOR ADMIN SPT TO INCLUDE ADMIN OF UCMJ.
   INJURY/DISEASE/ILLNESS/DEATH REQ LODI IAW AR 600-8-4. ID CARDS/TAGS RQD ON
   PERSON WHILE ON GOVT ORDERS. BREAK IN TVL TIME TO/FR HOR NOT AUTH. CALL
   AR-PERSCOM POC PRIOR TO TOUR IF UNABLE TO COMPLY WITH ORDERS. COMPLIANCE
   WITH THIS ORDER IS RQD; NONCOMPLIANCE JEOPARDIZES FUTURE TNG. ATTENDANCE IN
   UNIFORM IS MANDATORY. DIRECT QUESTIONS/CONCERNS REGARDING THIS ORDER THROUGH
   THE CHAIN OF COMMAND OF YOUR REPORTING SITE/AGENCY. NO PER DIEM AUTH. DUTY
   WITHIN COMMUTING DISTANCE. RENTAL CAR NOT AUTH. SVC MEMBER MUST IN/OUT
   PROCESS THRU SPT TRANSITION CTR TO RECEIVE DD FORM 214. SUBMIT CERTIFICATE
   OF PERFORMANCE (ARPC FM 3924) AT COMPL OF TOUR TO PAY PROC OFC. OER RQD PER
   AR 623-105 OR AER RQD PER AR 623-1, FWD TO CDR AR-PERSCOM ATTN: ARPC-PSV-E.
   HIV CLEARED. APFT RQD IAW AR 350-41. JOGGING SHOES/PT CLOTHING RQD FOR PHYS
   TNG & APFT. FWD RESULTS IAW AR 140-1 PARA 3-3C. SUBJ TO AVAIL OF FUNDS
   (DFAS-IN REG 37-1). MILITARY PAY PROCESSING BY FT LEAVENWORTH - DMPO. TVL
   ADVANCES WILL BE ISSUED ONLY BY DFAS-IN (DNO) S12102. SUBMIT APPROVED TVL
   VOUCHERS TO DFAS-IN (DNO), WITHIN 5 DAYS OF COMPLETION OF DUTY.

*The authority for the active duty*

FOR ARMY USE: AUTH: 10 USC 12301 (D) ADT W
ACCT CLAS: 2132070  23-6600 P4L12.10000 SMI6834214306A/(Q8MXGG) S12102
ESTIMATE ONLY(1198-$27157)(1199- $5280)(1210-        )(1250- $1921)(2578-        )
(21T1-        )(21T2-   $24)(22NZ-        )(22NL-        )
DOR: 01 JUN 1995 PPN:      COMP: USAR  SEX: F  TYTR: 60K  SECCLR: TS W/SENSITIV
PEBD: 01 JUN 1991 HOR: SAME AS SNL

FORMAT: 260

**************
* AR-PERSCOM *              ELTON C. BRUCE
*  OFFICIAL  *              COL, AG
**************              COMMANDING
DISTRIBUTION: 1A     PACKET: 6A

*Exhibit 2*