UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBRA L. SMITH,** | ) |
| | ) |
|    **Plaintiff** | ) |
| | ) |
|       vs. | )   Civil Action No. 06-1117 (RWR) |
| | ) |
| **SECRETARY OF THE ARMY** | ) |
| **FRANCIS J. HARVEY** | ) |
| | ) |
|    **Defendant.** | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Steven M. Ranieri, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case, and withdraw the appearance of Special Assistant United States Attorney Kevin K. Robitaille.

.

                                      Respectfully submitted,

                                      _____/s/_____
                                      STEVEN M. RANIERI
                                      Special Assistant U.S. Attorney
                                      555 Fourth St., N.W.
                                      Room E4408
                                      Washington, D.C.  20530
                                      202-353-9895  / FAX 202-514-8780

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served by First-Class mail; postage prepaid to:

DEBRA L. SMITH
P.O. BOX 11655
Overland Park, KS 66207

on this _____ day of _____, 20\_\_\_.

                                       Respectfully submitted,

                                       _____/s/_____
                                       STEVEN M. RANIERI
                                       Special Assistant U.S. Attorney
                                       555 Fourth St., N.W.
                                       Room E4408
                                       Washington, D.C.  20530
                                       202-353-9895  / FAX 202-514-8780