UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBRA L. SMITH,** | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
|     vs. | )  Civil Action No. 06-1117 (RWR) |
| | ) |
| **SECRETARY OF THE ARMY** | ) |
| **FRANCIS J. HARVEY** | ) |
| | ) |
|     **Defendant.** | ) |
| _____ | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case, and withdraw the appearance of Special Assistant United States Attorney Steven M. Ranieri.

                            Respectfully submitted,

                          _____/s/_____
                        BRIAN C. BALDRATE
                        Special Assistant U.S. Attorney
                        555 Fourth St., N.W.
                        Room E4408
                        Washington, D.C.  20530
                        202-353-9895  / FAX 202-514-8780

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail; postage prepaid to:

DEBRA L. SMITH
P.O. BOX 11655
Overland Park, KS 66207

on this _____ day of August, 2007.

 

_____/s/_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780