```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| **DEBRA L. SMITH,**            )<br>                                )<br>          Plaintiff,          )<br>                                )<br>          v.                   )<br>                                )<br>**FRANCIS J. HARVEY,**          )<br>                                )<br>          Defendant.          )<br>                                ) | Civil Action No. 06-1117 (RWR) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion [18] to dismiss be, and hereby is, GRANTED.  This action is DISMISSED.

This is a final, appealable order.

SIGNED this 21st day of March, 2008.

```
                                        _____/s/_____
                                        RICHARD W. ROBERTS
                                        United States District Judge
```